# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **KENNETH D. MURENA**, in his capacity as court appointed Receiver of Drive Planning, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TRACEY FERGUSON and TNT LEGACY LLC, <br><br> Defendants. | **Civil Action No.:** <br> 1:25-cv-04587-VMC |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

COME NOW Defendants Tracey Ferguson and TNT Legacy LLC ("Defendants") and move the Court, pursuant to Federal Rule Civil Procedure 6(b), for an extension of time of thirty days, up to and including, Thursday, November 13, 2025, in which to answer or otherwise respond to the Ancillary Complaint ("Complaint") filed by Plaintiff Kenneth D. Murena, Court-appointed Receiver of Drive Planning, LLC ("Plaintiff"). In support of this Motion, Defendants respectfully show the Court:

1. Plaintiff filed the Complaint on August 13, 2025.

1

2. Defendants waived service of the Summons and Complaint through counsel as of August 15, 2025.

3. Defendants' responsive pleadings are due to be filed no later than Tuesday, October 14, 2025.

4. The time for filing responsive pleadings has not expired.

5. Counsel for Plaintiff and Defendants have been engaged in productive settlement communications and desire additional time to continue those discussions.

6. Defendants also reasonably require additional time to investigate the matters raised in the Complaint and prepare a response.

7. This is Defendants' first request for extension of time to respond to the Complaint.

8. This Motion is made in good faith and not for purposes of delay.

9. Defendants' counsel contacted Plaintiff's counsel regarding this Motion and was informed that Plaintiff consents to the requested extension of time.

WHEREFORE, Defendants respectfully pray that the Court: (1) extend the time within which they may answer or otherwise respond to the Complaint by thirty days, up to and including Thursday, November 13, 2025; and (2) grant such other and further relief as the Court shall deem just and proper.

Respectfully submitted this 13 day of October, 2025.

                              WICK PHILLIPS GOULD & MARTIN, LLP

                              */s/ Molly M. Jones*
                              Molly M. Jones
                              Georgia State Bar No. 744294
                              molly.jones@wickphillips.com
                              Christopher E. Kirkpatrick
                              Texas State Bar No. 791033
                              chris.kirkpatrick@wickphillips.com

                              3131 McKinney Avenue, Suite 500
                              Dallas, Texas 75204
                              Telephone: (214) 692-6200
                              Facsimile:   (214) 692-6255

                              **Counsel for Defendants Tracey Ferguson and TNT Legacy LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing, which was prepared using Times New Roman 14-Point font, was served electronically by operation of the Court's CM/ECF system, which will automatically send notice of such filing to counsel to all counsel of record.

This 13 day of October, 2025.

                                           */s/ Molly M. Jones*
                                           Molly M. Jones
                                           Georgia State Bar No. 744294
                                           molly.jones@wickphillips.com
                                           Christopher E. Kirkpatrick
                                           Texas State Bar No. 791033
                                           chris.kirkpatrick@wickphillips.com

                                           3131 McKinney Avenue, Suite 500
                                           Dallas, Texas 75204
                                           Telephone: (214) 692-6200
                                           Facsimile:   (214) 692-6255