

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KENNETH D. MURENA, in his capacity
as court-appointed Receiver of
Drive Planning, LLC,

                  Plaintiff,

v.

CQ CONSULTING SERVICES, LLC, et
al.,

                  Defendants.

1:25-cv-04587–VMC

## DEFENDANT TARA METTLER'S ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW, Defendant Tara Mettler ("Defendant"), as a pro se Defendant, hereby files Defendant's Answer and Affirmative Defenses to the Ancillary Complaint filed by Plaintiff Kenneth D. Murena, in his capacity as court-appointed Receiver of Drive Planning, LLC ("Plaintiff"), and avers:

### ANSWER

1. Paragraph 1 makes legal conclusions; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 1 and therefore denies the same and demands strict proof thereof.

2. Defendant is without knowledge as to the allegations in Paragraph 2 and therefore denies the same and demands strict proof thereof.

3. Defendant is without knowledge as to the allegations in Paragraph 3 and therefore denies the same and demands strict proof thereof.

4. Paragraph 4 makes legal conclusions; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 4 and therefore denies the same and demands strict proof thereof.

5. Defendant is without knowledge as to the allegations in Paragraph 5 and therefore denies the same and demands strict proof thereof.

6. Defendant is without knowledge as to the allegations in Paragraph 6 and therefore denies the same and demands strict proof thereof.

7. Defendant is without knowledge as to the allegations in Paragraph 7 and therefore denies the same and demands strict proof thereof.

8. Defendant is without knowledge as to the allegations in Paragraph 8 and therefore denies the same and demands strict proof thereof.

9. Defendant is without knowledge as to the allegations in Paragraph 9 and therefore denies the same and demands strict proof thereof.

10. Defendant is without knowledge as to the allegations in Paragraph 10 and therefore denies the same and demands strict proof thereof.

11. Defendant is without knowledge as to the allegations in Paragraph 11 and therefore denies the same and demands strict proof thereof.

12. Defendant is without knowledge as to the allegations in Paragraph 12 and therefore denies the same and demands strict proof thereof.

13. Defendant is without knowledge as to the allegations in Paragraph 13 and therefore denies the same and demands strict proof thereof.

14. Defendant is without knowledge as to the allegations in Paragraph 14 and therefore denies the same and demands strict proof thereof.

15. Defendant is without knowledge as to the allegations in Paragraph 15 and therefore denies the same and demands strict proof thereof.

16. Defendant is without knowledge as to the allegations in Paragraph 16 and therefore denies the same and demands strict proof thereof.

17. Defendant is without knowledge as to the allegations in Paragraph 17 and therefore denies the same and demands strict proof thereof.

18. Defendant is without knowledge as to the allegations in Paragraph 18 and therefore denies the same and demands strict proof thereof.

19. Defendant is without knowledge as to the allegations in Paragraph 19 and therefore denies the same and demands strict proof thereof.

20. Defendant is without knowledge as to the allegations in Paragraph 20 and therefore denies the same and demands strict proof thereof.

21. Defendant is without knowledge as to the allegations in Paragraph 21 and therefore denies the same and demands strict proof thereof.

22. Defendant is without knowledge as to the allegations in Paragraph 22 and therefore denies the same and demands strict proof thereof.

23. Defendant is without knowledge as to the allegations in Paragraph 23 and therefore denies the same and demands strict proof thereof.

24. Defendant is without knowledge as to the allegations in Paragraph 24 and therefore denies the same and demands strict proof thereof.

25. Defendant is without knowledge as to the allegations in Paragraph 25 and therefore denies the same and demands strict proof thereof.

26. Defendant is without knowledge as to the allegations in Paragraph 26 and therefore denies the same and demands strict proof thereof.

27. Defendant is without knowledge as to the allegations in Paragraph 27 and therefore denies the same and demands strict proof thereof.

28. Defendant is without knowledge as to the allegations in Paragraph 28 and therefore denies the same and demands strict proof thereof.

29. Defendant is without knowledge as to the allegations in Paragraph 29 and therefore denies the same and demands strict proof thereof.

30. Defendant is without knowledge as to the allegations in Paragraph 30 and therefore denies the same and demands strict proof thereof.

31. Defendant is without knowledge as to the allegations in Paragraph 31 and therefore denies the same and demands strict proof thereof.

32. Defendant is without knowledge as to the allegations in Paragraph 32 and therefore denies the same and demands strict proof thereof.

33. Defendant is without knowledge as to the allegations in Paragraph 33 and therefore denies the same and demands strict proof thereof.

34. Defendant is without knowledge as to the allegations in Paragraph 34 and therefore denies the same and demands strict proof thereof.

35. Defendant is without knowledge as to the allegations in Paragraph 35 and therefore denies the same and demands strict proof thereof.

36. Defendant is without knowledge as to the allegations in Paragraph 36 and therefore denies the same and demands strict proof thereof.

37. Defendant is without knowledge as to the allegations in Paragraph 37 and therefore denies the same and demands strict proof thereof.

38. Defendant is without knowledge as to the allegations in Paragraph 38 and therefore denies the same and demands strict proof thereof.

39. Defendant is without knowledge as to the allegations in Paragraph 39 and therefore denies the same and demands strict proof thereof.

40. Defendant is without knowledge as to the allegations in Paragraph 40 and therefore denies the same and demands strict proof thereof.

41. Defendant is without knowledge as to the allegations in Paragraph 41 and therefore denies the same and demands strict proof thereof.

42. Defendant is without knowledge as to the allegations in Paragraph 42 and therefore denies the same and demands strict proof thereof.

43. Defendant is without knowledge as to the allegations in Paragraph 43 and therefore denies the same and demands strict proof thereof.

44. Admitted.

45. Denied.

46. Defendant is without knowledge as to the allegations in Paragraph 46 and therefore denies the same and demands strict proof thereof.

47. Defendant is without knowledge as to the allegations in Paragraph 47 and therefore denies the same and demands strict proof thereof.

48. Defendant is without knowledge as to the allegations in Paragraph 48 and therefore denies the same and demands strict proof thereof.

49. Defendant is without knowledge as to the allegations in Paragraph 49 and therefore denies the same and demands strict proof thereof.

50. Defendant is without knowledge as to the allegations in Paragraph 50 and therefore denies the same and demands strict proof thereof.

51. Defendant is without knowledge as to the allegations in Paragraph 51 and therefore denies the same and demands strict proof thereof.

52. Defendant is without knowledge as to the allegations in Paragraph 52 and therefore denies the same and demands strict proof thereof.

53. Defendant is without knowledge as to the allegations in Paragraph 53 and therefore denies the same and demands strict proof thereof.

54. Defendant is without knowledge as to the allegations in Paragraph 54 and therefore denies the same and demands strict proof thereof.

55. Defendant is without knowledge as to the allegations in Paragraph 55 and therefore denies the same and demands strict proof thereof.

56. Defendant is without knowledge as to the allegations in Paragraph 56 and therefore denies the same and demands strict proof thereof.

57. Defendant is without knowledge as to the allegations in Paragraph 57 and therefore denies the same and demands strict proof thereof.

58. Defendant is without knowledge as to the allegations in Paragraph 58 and therefore denies the same and demands strict proof thereof.

59. Defendant is without knowledge as to the allegations in Paragraph 59 and therefore denies the same and demands strict proof thereof.

60. Defendant is without knowledge as to the allegations in Paragraph 60 and therefore denies the same and demands strict proof thereof.

61. Defendant is without knowledge as to the allegations in Paragraph 61 and therefore denies the same and demands strict proof thereof.

62. Defendant is without knowledge as to the allegations in Paragraph 62 and therefore denies the same and demands strict proof thereof.

63. Defendant is without knowledge as to the allegations in Paragraph 63 and therefore denies the same and demands strict proof thereof.

64. Defendant is without knowledge as to the allegations in Paragraph 64 and therefore denies the same and demands strict proof thereof.

65. Defendant is without knowledge as to the allegations in Paragraph 65 and therefore denies the same and demands strict proof thereof.

66. Paragraph 66 makes legal conclusions; therefore, no response is necessary. To the extent a response is required, Defendant denies the same and demands strict proof thereof.

67. Defendant is without knowledge as to the allegations in Paragraph 67 and therefore denies the same and demands strict proof thereof.

68. Defendant is without knowledge as to the allegations in Paragraph 68 and therefore denies the same and demands strict proof thereof.

69. Defendant is without knowledge as to the allegations in Paragraph 69 and therefore denies the same and demands strict proof thereof.

70. Defendant is without knowledge as to the allegations in Paragraph 70 and therefore denies the same and demands strict proof thereof.

71. Defendant is without knowledge as to the allegations in Paragraph 71 and therefore denies the same and demands strict proof thereof.

72. Defendant is without knowledge as to the allegations in Paragraph 72 and therefore denies the same and demands strict proof thereof.

73. Defendant is without knowledge as to the allegations in Paragraph 73 and therefore denies the same and demands strict proof thereof.

74. Defendant is without knowledge as to the allegations in Paragraph 74 and therefore denies the same and demands strict proof thereof.

75. Defendant is without knowledge as to the allegations in Paragraph 75 and therefore denies the same and demands strict proof thereof.

76. Defendant is without knowledge as to the allegations in Paragraph 76 and therefore denies the same and demands strict proof thereof.

77. Defendant is without knowledge as to the allegations in Paragraph 77 and therefore denies the same and demands strict proof thereof.

78. Defendant is without knowledge as to the allegations in Paragraph 78 and therefore denies the same and demands strict proof thereof.

79. Defendant is without knowledge as to the allegations in Paragraph 79 and therefore denies the same and demands strict proof thereof.

80. Defendant is without knowledge as to the allegations in Paragraph 80 and therefore denies the same and demands strict proof thereof.

81. Defendant is without knowledge as to the allegations in Paragraph 81 and therefore denies the same and demands strict proof thereof.

82. Defendant is without knowledge as to the allegations in Paragraph 82 and therefore denies the same and demands strict proof thereof.

83. Defendant is without knowledge as to the allegations in Paragraph 83 and therefore denies the same and demands strict proof thereof.

84. Defendant is without knowledge as to the allegations in Paragraph 84 and therefore denies the same and demands strict proof thereof.

85. Defendant is without knowledge as to the allegations in Paragraph 85 and therefore denies the same and demands strict proof thereof.

86. Defendant is without knowledge as to the allegations in Paragraph 86 and therefore denies the same and demands strict proof thereof.

87. Defendant is without knowledge as to the allegations in Paragraph 87 and therefore denies the same and demands strict proof thereof.

88. Defendant is without knowledge as to the allegations in Paragraph 88 and therefore denies the same and demands strict proof thereof.

89. Defendant is without knowledge as to the allegations in Paragraph 89 and therefore denies the same and demands strict proof thereof.

90. Defendant is without knowledge as to the allegations in Paragraph 90 and therefore denies the same and demands strict proof thereof.

91. Defendant is without knowledge as to the allegations in Paragraph 91 and therefore denies the same and demands strict proof thereof.

92. Defendant is without knowledge as to the allegations in Paragraph 92 and therefore denies the same and demands strict proof thereof.

93. Defendant is without knowledge as to the allegations in Paragraph 93 and therefore denies the same and demands strict proof thereof.

94. Defendant is without knowledge as to the allegations in Paragraph 94 and therefore denies the same and demands strict proof thereof.

95. Defendant is without knowledge as to the allegations in Paragraph 95 and therefore denies the same and demands strict proof thereof.

96. Defendant is without knowledge as to the allegations in Paragraph 96 and therefore denies the same and demands strict proof thereof.

97. Defendant is without knowledge as to the allegations in Paragraph 97 and therefore denies the same and demands strict proof thereof.

98. Defendant is without knowledge as to the allegations in Paragraph 98 and therefore denies the same and demands strict proof thereof.

99. Defendant is without knowledge as to the allegations in Paragraph 99 and therefore denies the same and demands strict proof thereof.

100.     Defendant is without knowledge as to the allegations in Paragraph 100 and therefore denies the same and demands strict proof thereof.

101.     Defendant is without knowledge as to the allegations in Paragraph 101 and therefore denies the same and demands strict proof thereof.

102.     Defendant is without knowledge as to the allegations in Paragraph 102 and therefore denies the same and demands strict proof thereof.

103.    Defendant is without knowledge as to the allegations in Paragraph 103 and therefore denies the same and demands strict proof thereof.

104.    Defendant is without knowledge as to the allegations in Paragraph 104 and therefore denies the same and demands strict proof thereof.

105.    Defendant is without knowledge as to the allegations in Paragraph 105 and therefore denies the same and demands strict proof thereof.

106.    Defendant is without knowledge as to the allegations in Paragraph 106 and therefore denies the same and demands strict proof thereof.

107.    Defendant is without knowledge as to the allegations in Paragraph 107 and therefore denies the same and demands strict proof thereof.

108.    Defendant is without knowledge as to the allegations in Paragraph 108 and therefore denies the same and demands strict proof thereof.

109.    Defendant is without knowledge as to the allegations in Paragraph 109 and therefore denies the same and demands strict proof thereof.

110.    Defendant is without knowledge as to the allegations in Paragraph 110 and therefore denies the same and demands strict proof thereof.

111.    Defendant is without knowledge as to the allegations in Paragraph 111 and therefore denies the same and demands strict proof thereof.

112.    Defendant is without knowledge as to the allegations in Paragraph 112 and therefore denies the same and demands strict proof thereof.

113.    Defendant is without knowledge as to the allegations in Paragraph 113 and therefore denies the same and demands strict proof thereof.

114.    Defendant is without knowledge as to the allegations in Paragraph 114 and therefore denies the same and demands strict proof thereof.

115.    Defendant is without knowledge as to the allegations in Paragraph 115 and therefore denies the same and demands strict proof thereof.

116.    Defendant is without knowledge as to the allegations in Paragraph 116 and therefore denies the same and demands strict proof thereof.

117.    Defendant is without knowledge as to the allegations in Paragraph 117 and therefore denies the same and demands strict proof thereof.

118.    Defendant is without knowledge as to the allegations in Paragraph 118 and therefore denies the same and demands strict proof thereof.

119.    Defendant is without knowledge as to the allegations in Paragraph 119 and therefore denies the same and demands strict proof thereof.

120.    Defendant is without knowledge as to the allegations in Paragraph 120 and therefore denies the same and demands strict proof thereof.

121.    Defendant is without knowledge as to the allegations in Paragraph 121 and therefore denies the same and demands strict proof thereof.

122.    Defendant is without knowledge as to the allegations in Paragraph 122 and therefore denies the same and demands strict proof thereof.

123.    Defendant is without knowledge as to the allegations in Paragraph 123 and therefore denies the same and demands strict proof thereof.

124.    Defendant is without knowledge as to the allegations in Paragraph 124 and therefore denies the same and demands strict proof thereof.

125.    Defendant is without knowledge as to the allegations in Paragraph 125 and therefore denies the same and demands strict proof thereof.

126.    Defendant is without knowledge as to the allegations in Paragraph 126 and therefore denies the same and demands strict proof thereof.

127.    Defendant is without knowledge as to the allegations in Paragraph 127 and therefore denies the same and demands strict proof thereof.

128.    Defendant is without knowledge as to the allegations in Paragraph 128 and therefore denies the same and demands strict proof thereof.

129.    Defendant is without knowledge as to the allegations in Paragraph 129 and therefore denies the same and demands strict proof thereof.

130.    Defendant is without knowledge as to the allegations in Paragraph 130 and therefore denies the same and demands strict proof thereof.

131.    Defendant is without knowledge as to the allegations in Paragraph 131 and therefore denies the same and demands strict proof thereof.

132.    Defendant is without knowledge as to the allegations in Paragraph 132 and therefore denies the same and demands strict proof thereof.

133.    Defendant is without knowledge as to the allegations in Paragraph 133 and therefore denies the same and demands strict proof thereof.

134.    Defendant is without knowledge as to the allegations in Paragraph 134 and therefore denies the same and demands strict proof thereof.

135.    Defendant is without knowledge as to the allegations in Paragraph 135 and therefore denies the same and demands strict proof thereof.

136.     Defendant is without knowledge as to the allegations in Paragraph 136 and therefore denies the same and demands strict proof thereof.

137.     Defendant is without knowledge as to the allegations in Paragraph 137 and therefore denies the same and demands strict proof thereof.

138.     Defendant is without knowledge as to the allegations in Paragraph 138 and therefore denies the same and demands strict proof thereof.

139.     Defendant is without knowledge as to the allegations in Paragraph 139 and therefore denies the same and demands strict proof thereof.

140.     Defendant is without knowledge as to the allegations in Paragraph 140 and therefore denies the same and demands strict proof thereof.

141.     Defendant is without knowledge as to the allegations in Paragraph 141 and therefore denies the same and demands strict proof thereof.

142.     Defendant is without knowledge as to the allegations in Paragraph 142 and therefore denies the same and demands strict proof thereof.

143.     Defendant is without knowledge as to the allegations in Paragraph 143 and therefore denies the same and demands strict proof thereof.

144.     Defendant is without knowledge as to the allegations in Paragraph 144 and therefore denies the same and demands strict proof thereof.

145.     Defendant is without knowledge as to the allegations in Paragraph 145 and therefore denies the same and demands strict proof thereof.

146.     Defendant is without knowledge as to the allegations in Paragraph 146 and therefore denies the same and demands strict proof thereof.

147.    Defendant is without knowledge as to the allegations in Paragraph 147 and therefore denies the same and demands strict proof thereof.

148.    Defendant is without knowledge as to the allegations in Paragraph 148 and therefore denies the same and demands strict proof thereof.

149.    Defendant is without knowledge as to the allegations in Paragraph 149 and therefore denies the same and demands strict proof thereof.

150.    Defendant is without knowledge as to the allegations in Paragraph 150 and therefore denies the same and demands strict proof thereof.

151.    Defendant is without knowledge as to the allegations in Paragraph 151 and therefore denies the same and demands strict proof thereof.

152.    Defendant is without knowledge as to the allegations in Paragraph 152 and therefore denies the same and demands strict proof thereof.

153.    Defendant is without knowledge as to the allegations in Paragraph 153 and therefore denies the same and demands strict proof thereof.

154.    Defendant is without knowledge as to the allegations in Paragraph 154 and therefore denies the same and demands strict proof thereof.

155.    Defendant is without knowledge as to the allegations in Paragraph 155 and therefore denies the same and demands strict proof thereof.

156.    Defendant is without knowledge as to the allegations in Paragraph 156 and therefore denies the same and demands strict proof thereof.

157.    Defendant is without knowledge as to the allegations in Paragraph 157 and therefore denies the same and demands strict proof thereof.

158.    Defendant is without knowledge as to the allegations in Paragraph 158 and therefore denies the same and demands strict proof thereof.

159.    Defendant is without knowledge as to the allegations in Paragraph 159 and therefore denies the same and demands strict proof thereof.

160.    Defendant is without knowledge as to the allegations in Paragraph 160 and therefore denies the same and demands strict proof thereof.

161.    Defendant is without knowledge as to the allegations in Paragraph 161 and therefore denies the same and demands strict proof thereof.

162.    Defendant is without knowledge as to the allegations in Paragraph 162 and therefore denies the same and demands strict proof thereof.

163.    Paragraph 163 makes legal conclusions; therefore, no response is necessary. To the extent a response is required, Defendant denies the same and demands strict proof thereof.

164.    Paragraph 164 makes legal conclusions; therefore, no response is necessary. To the extent a response is required, Defendant denies the same and demands strict proof thereof.

165.    Defendant is without knowledge as to the allegations in Paragraph 165 and therefore denies the same and demands strict proof thereof.

166.    Defendant is without knowledge as to the allegations in Paragraph 166 and therefore denies the same and demands strict proof thereof.

167.    Defendant is without knowledge as to the allegations in Paragraph 167 and therefore denies the same and demands strict proof thereof.

168.     Defendant is without knowledge as to the allegations in Paragraph 168 and therefore denies the same and demands strict proof thereof.

169.     Defendant is without knowledge as to the allegations in Paragraph 169 and therefore denies the same and demands strict proof thereof.

170.     Defendant is without knowledge as to the allegations in Paragraph 170 and therefore denies the same and demands strict proof thereof.

171.     Defendant is without knowledge as to the allegations in Paragraph 171 and therefore denies the same and demands strict proof thereof.

172.     Defendant is without knowledge as to the allegations in Paragraph 172 and therefore denies the same and demands strict proof thereof.

173.     Defendant is without knowledge as to the allegations in Paragraph 173 and therefore denies the same and demands strict proof thereof.

174.     Defendant is without knowledge as to the allegations in Paragraph 174 and therefore denies the same and demands strict proof thereof.

175.     Defendant is without knowledge as to the allegations in Paragraph 175 and therefore denies the same and demands strict proof thereof.

176.     Paragraph 176 makes legal conclusions; therefore, no response is necessary. To the extent a response is required, Defendant denies the same and demands strict proof thereof.

177.     Paragraph 177 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 177 and therefore denies the same and demands strict proof thereof.

178.     Paragraph 178 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 178 and therefore denies the same and demands strict proof thereof.

179.     Paragraph 179 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 179 and therefore denies the same and demands strict proof thereof.

180.     Paragraph 180 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 180 and therefore denies the same and demands strict proof thereof.

181.     Paragraph 181 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 181 and therefore denies the same and demands strict proof thereof.

182.     Paragraph 182 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 182 and therefore denies the same and demands strict proof thereof.

183.     Paragraph 183 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge

as to the allegations in Paragraph 183 and therefore denies the same and demands strict proof thereof.

184.    Paragraph 184 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 184 and therefore denies the same and demands strict proof thereof.

185.    Paragraph 185 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 185 and therefore denies the same and demands strict proof thereof.

186.    Paragraph 186 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 186 and therefore denies the same and demands strict proof thereof.

187.    Paragraph 187 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 187 and therefore denies the same and demands strict proof thereof.

188.    Paragraph 188 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 188 and therefore denies the same and demands strict proof thereof.

189.     Paragraph 189 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 189 and therefore denies the same and demands strict proof thereof.

190.     Paragraph 190 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 190 and therefore denies the same and demands strict proof thereof.

191.     Paragraph 191 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 191 and therefore denies the same and demands strict proof thereof.

192.     Paragraph 192 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 192 and therefore denies the same and demands strict proof thereof.

193.     Paragraph 193 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 193 and therefore denies the same and demands strict proof thereof.

194.     Paragraph 194 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge

as to the allegations in Paragraph 194 and therefore denies the same and demands strict proof thereof.

195.    Paragraph 195 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 195 and therefore denies the same and demands strict proof thereof.

196.    Paragraph 196 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 196 and therefore denies the same and demands strict proof thereof.

197.    Paragraph 197 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 197 and therefore denies the same and demands strict proof thereof.

198.    Paragraph 198 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 198 and therefore denies the same and demands strict proof thereof.

199.    Paragraph 199 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 199 and therefore denies the same and demands strict proof thereof.

200.      Paragraph 200 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 200 and therefore denies the same and demands strict proof thereof.

201.      Paragraph 201 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 201 and therefore denies the same and demands strict proof thereof.

202.      Paragraph 202 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 202 and therefore denies the same and demands strict proof thereof.

203.      Paragraph 203 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 203 and therefore denies the same and demands strict proof thereof.

204.      Paragraph 204 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 204 and therefore denies the same and demands strict proof thereof.

205.      Paragraph 205 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge

as to the allegations in Paragraph 205 and therefore denies the same and demands strict proof thereof.

206.    Paragraph 206 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 206 and therefore denies the same and demands strict proof thereof.

207.    Paragraph 207 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 207 and therefore denies the same and demands strict proof thereof.

208.    Paragraph 208 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 208 and therefore denies the same and demands strict proof thereof.

209.    Paragraph 209 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 209 and therefore denies the same and demands strict proof thereof.

210.    Paragraph 210 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 210 and therefore denies the same and demands strict proof thereof.

211.    Paragraph 211 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 211 and therefore denies the same and demands strict proof thereof.

212.    Paragraph 212 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 212 and therefore denies the same and demands strict proof thereof.

213.    Paragraph 213 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 213 and therefore denies the same and demands strict proof thereof.

214.    Paragraph 214 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 214 and therefore denies the same and demands strict proof thereof.

215.    Paragraph 215 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 215 and therefore denies the same and demands strict proof thereof.

216.    Paragraph 216 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge

as to the allegations in Paragraph 216 and therefore denies the same and demands strict proof thereof.

217.    Paragraph 217 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 217 and therefore denies the same and demands strict proof thereof.

218.    Paragraph 218 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 218 and therefore denies the same and demands strict proof thereof.

219.    Paragraph 219 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 219 and therefore denies the same and demands strict proof thereof.

220.    Paragraph 220 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 220 and therefore denies the same and demands strict proof thereof.

221.    Paragraph 221 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 221 and therefore denies the same and demands strict proof thereof.

222.    Paragraph 222 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 222 and therefore denies the same and demands strict proof thereof.

223.    Paragraph 223 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 223 and therefore denies the same and demands strict proof thereof.

224.    Paragraph 224 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 224 and therefore denies the same and demands strict proof thereof.

225.    Paragraph 225 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 225 and therefore denies the same and demands strict proof thereof.

226.    Paragraph 226 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 226 and therefore denies the same and demands strict proof thereof.

227.    Paragraph 227 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge

as to the allegations in Paragraph 227 and therefore denies the same and demands strict proof thereof.

228.    Paragraph 228 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 228 and therefore denies the same and demands strict proof thereof.

229.    Paragraph 229 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 229 and therefore denies the same and demands strict proof thereof.

230.    Paragraph 230 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 230 and therefore denies the same and demands strict proof thereof.

231.    Paragraph 231 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 231 and therefore denies the same and demands strict proof thereof.

232.    Paragraph 232 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 232 and therefore denies the same and demands strict proof thereof.

233.    Paragraph 233 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 233 and therefore denies the same and demands strict proof thereof.

234.    Paragraph 234 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 234 and therefore denies the same and demands strict proof thereof.

235.    Paragraph 235 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 235 and therefore denies the same and demands strict proof thereof.

236.    Paragraph 236 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 236 and therefore denies the same and demands strict proof thereof.

237.    Paragraph 237 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 237 and therefore denies the same and demands strict proof thereof.

238.    Paragraph 238 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge

as to the allegations in Paragraph 238 and therefore denies the same and demands strict proof thereof.

239.     Paragraph 239 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 239 and therefore denies the same and demands strict proof thereof.

240.     Paragraph 240 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 240 and therefore denies the same and demands strict proof thereof.

241.     Paragraph 241 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 241 and therefore denies the same and demands strict proof thereof.

242.     Paragraph 242 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 242 and therefore denies the same and demands strict proof thereof.

243.     Paragraph 243 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 243 and therefore denies the same and demands strict proof thereof.

244.     Paragraph 244 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 244 and therefore denies the same and demands strict proof thereof.

245.     Paragraph 245 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 245 and therefore denies the same and demands strict proof thereof.

246.     Paragraph 246 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 246 and therefore denies the same and demands strict proof thereof.

247.     Paragraph 247 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 247 and therefore denies the same and demands strict proof thereof.

248.     Paragraph 248 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 248 and therefore denies the same and demands strict proof thereof.

249.     Paragraph 249 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge

as to the allegations in Paragraph 249 and therefore denies the same and demands strict proof thereof.

250.    Admitted.

251.    Admitted.

252.    Admitted.

253.    Admitted to the extent that Defendant received funds from Drive Planning, LLC. Otherwise, denied.

254.    Defendant is without knowledge as to the allegations in Paragraph 254 and therefore denies the same and demands strict proof thereof.

255.    Paragraph 255 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 255 and therefore denies the same and demands strict proof thereof.

256.    Paragraph 256 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 256 and therefore denies the same and demands strict proof thereof.

257.    Paragraph 257 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 257 and therefore denies the same and demands strict proof thereof.

258.    Paragraph 258 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge

as to the allegations in Paragraph 258 and therefore denies the same and demands strict proof thereof.

259.    Paragraph 259 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 259 and therefore denies the same and demands strict proof thereof.

260.    Paragraph 260 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 260 and therefore denies the same and demands strict proof thereof.

261.    Paragraph 261 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 261 and therefore denies the same and demands strict proof thereof.

262.    Paragraph 262 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 262 and therefore denies the same and demands strict proof thereof.

263.    Paragraph 263 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in 263 and therefore denies the same and demands strict proof thereof.

264.    Paragraph 264 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 264 and therefore denies the same and demands strict proof thereof.

265.    Paragraph 265 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 265 and therefore denies the same and demands strict proof thereof.

266.    Paragraph 266 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 266 and therefore denies the same and demands strict proof thereof.

267.    Paragraph 267 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 267 and therefore denies the same and demands strict proof thereof.

268.    Paragraph 268 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 268 and therefore denies the same and demands strict proof thereof.

269.    Paragraph 269 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge

as to the allegations in Paragraph 269 and therefore denies the same and demands strict proof thereof.

270.    Paragraph 270 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 270 and therefore denies the same and demands strict proof thereof.

271.    Paragraph 271 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 271 and therefore denies the same and demands strict proof thereof.

272.    Paragraph 272 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 272 and therefore denies the same and demands strict proof thereof.

273.    Paragraph 273 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 273 and therefore denies the same and demands strict proof thereof.

274.    Paragraph 274 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 274 and therefore denies the same and demands strict proof thereof.

275.      Paragraph 275 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 275 and therefore denies the same and demands strict proof thereof.

276.      Paragraph 276 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 276 and therefore denies the same and demands strict proof thereof.

277.      Paragraph 277 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 277 and therefore denies the same and demands strict proof thereof.

278.      Paragraph 278 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 278 and therefore denies the same and demands strict proof thereof.

279.      Paragraph 279 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 279 and therefore denies the same and demands strict proof thereof.

280.      Paragraph 280 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge

as to the allegations in Paragraph 280 and therefore denies the same and demands strict proof thereof.

281.    Paragraph 281 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 281 and therefore denies the same and demands strict proof thereof.

282.    Paragraph 282 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 282 and therefore denies the same and demands strict proof thereof.

283.    Paragraph 283 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 283 and therefore denies the same and demands strict proof thereof.

284.    Paragraph 284 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 284 and therefore denies the same and demands strict proof thereof.

285.    Paragraph 285 is not alleged against Defendant; therefore, no response is necessary. To the extent a response is required, Defendant is without knowledge as to the allegations in Paragraph 285 and therefore denies the same and demands strict proof thereof.

## COUNT I: ACTUAL FRAUDULENT TRANSFER UNDER GUVTA

286.    Defendant restates her responses to the allegations in Paragraph 1 through 285 as if set forth fully herein.

287.    Denied.

288.    Denied.

289.    Denied.

290.    Denied.

291.    Denied.

292.    Denied.

293.    Denied.

294.    Denied.

295.    Defendant is without knowledge as to the allegations in Paragraph 295 and therefore denies the same and demands strict proof thereof.

296.    Defendant is without knowledge as to the allegations in Paragraph 296 and therefore denies the same and demands strict proof thereof.

297.    Defendant is without knowledge as to the allegations in Paragraph 297 and therefore denies the same and demands strict proof thereof.

298.    Defendant is without knowledge as to the allegations in Paragraph 298 and therefore denies the same and demands strict proof thereof.

299.    Defendant is without knowledge as to the allegations in Paragraph 299 and therefore denies the same and demands strict proof thereof.

300.    Defendant is without knowledge as to the allegations in Paragraph 300 and therefore denies the same and demands strict proof thereof.

301.    Paragraph 301 makes legal conclusions; therefore, no response is necessary. To the extent a response is required, Defendant denies the same and demands strict proof thereof.

302.    Paragraph 302 makes legal conclusions; therefore, no response is necessary. To the extent a response is required, Defendant denies the same and demands strict proof thereof.

303.    Defendant is without knowledge as to the allegations in Paragraph 303 and therefore denies the same and demands strict proof thereof.

304.    Defendant is without knowledge as to the allegations in Paragraph 304 and therefore denies the same and demands strict proof thereof.

305.    Denied.

306.    Denied.

307.    Denied.

308.    Denied.

309.    Defendant is without knowledge as to the allegations in Paragraph 309 and therefore denies the same and demands strict proof thereof.

310.    Defendant is without knowledge as to the allegations in Paragraph 310 and therefore denies the same and demands strict proof thereof.

311.    Defendant is without knowledge as to the allegations in Paragraph 311 and therefore denies the same and demands strict proof thereof.

312.    Defendant is without knowledge as to the allegations in Paragraph 312 and therefore denies the same and demands strict proof thereof.

313.    Denied.

314.    Denied.

315.    Denied.

316.    Defendant is without knowledge as to the allegations in Paragraph 316 and therefore denies the same and demands strict proof thereof.

317.    Defendant is without knowledge as to the allegations in Paragraph 317 and therefore denies the same and demands strict proof thereof.

318.    Defendant is without knowledge as to the allegations in Paragraph 318 and therefore denies the same and demands strict proof thereof.

319.    Defendant is without knowledge as to the allegations in Paragraph 319 and therefore denies the same and demands strict proof thereof.

**COUNT II: CONSTRUCTIVE FRAUDULENT TRANSFER UNDER GUVTA**

320.    Defendant restates her responses to the allegations in Paragraph 1 through 285 as if set forth fully herein.

321.    Denied.

322.    Denied.

323.    Denied.

324.    Denied.

325.    Denied.

326.    Denied.

327.    Denied.

328.    Defendant is without knowledge as to the allegations in Paragraph 328 and therefore denies the same and demands strict proof thereof.

329.    Defendant is without knowledge as to the allegations in Paragraph 329 and therefore denies the same and demands strict proof thereof.

330.    Defendant is without knowledge as to the allegations in Paragraph 330 and therefore denies the same and demands strict proof thereof.

331.    Defendant is without knowledge as to the allegations in Paragraph 331 and therefore denies the same and demands strict proof thereof.

332.    Defendant is without knowledge as to the allegations in Paragraph 332 and therefore denies the same and demands strict proof thereof.

333.    Denied.

334.    Defendant is without knowledge as to the allegations in Paragraph 334 and therefore denies the same and demands strict proof thereof.

335.    Denied.

336.    Denied.

337.    Denied.

338.    Denied.

339.    Defendant is without knowledge as to the allegations in Paragraph 339 and therefore denies the same and demands strict proof thereof.

340.    Defendant is without knowledge as to the allegations in Paragraph 340 and therefore denies the same and demands strict proof thereof.

341.    Defendant is without knowledge as to the allegations in Paragraph 341 and therefore denies the same and demands strict proof thereof.

342.    Defendant is without knowledge as to the allegations in Paragraph 342 and therefore denies the same and demands strict proof thereof.

343.    Denied.

344.    Denied.

345.    Defendant is without knowledge as to the allegations in Paragraph 345 and therefore denies the same and demands strict proof thereof.

346.    Defendant is without knowledge as to the allegations in Paragraph 346 and therefore denies the same and demands strict proof thereof.

347.    Defendant is without knowledge as to the allegations in Paragraph 347 and therefore denies the same and demands strict proof thereof.

348.    Defendant is without knowledge as to the allegations in Paragraph 348 and therefore denies the same and demands strict proof thereof.

### COUNT III: UNJUST ENRICHMENT UNDER GEORGIA COMMON LAW

349.    Defendant restates her responses to the allegations in Paragraph 1 through 285 as if set forth fully herein.

350.    Denied.

351.    Denied.

352.    Denied.

353.    Denied.

354.    Denied.

355.    Denied.

356.    Denied.

357.    Defendant is without knowledge as to the allegations in Paragraph 357 and therefore denies the same and demands strict proof thereof.

358.    Denied.

359.    Denied.

360.    Defendant is without knowledge as to the allegations in Paragraph 360 and therefore denies the same and demands strict proof thereof.

361.    Denied.

362.    Defendant is without knowledge as to the allegations in Paragraph 362 and therefore denies the same and demands strict proof thereof.

363.    Denied.

364.    Denied.

365.    Denied.

366.    Defendant is without knowledge as to the allegations in Paragraph 366 and therefore denies the same and demands strict proof thereof.

367.    Defendant is without knowledge as to the allegations in Paragraph 367 and therefore denies the same and demands strict proof thereof.

368.    Defendant is without knowledge as to the allegations in Paragraph 368 and therefore denies the same and demands strict proof thereof.

369.    Defendant is without knowledge as to the allegations in Paragraph 369 and therefore denies the same and demands strict proof thereof.

370.    Defendant is without knowledge as to the allegations in Paragraph 370 and therefore denies the same and demands strict proof thereof.

371.    Defendant is without knowledge as to the allegations in Paragraph 371 and therefore denies the same and demands strict proof thereof.

372.    Defendant is without knowledge as to the allegations in Paragraph 372 and therefore denies the same and demands strict proof thereof.

373.    Defendant is without knowledge as to the allegations in Paragraph 373 and therefore denies the same and demands strict proof thereof.

374.    Defendant is without knowledge as to the allegations in Paragraph 374 and therefore denies the same and demands strict proof thereof.

## DEFENDANT'S AFFIRMATIVE DEFENSES

### First Affirmative Defense: Failure to State a Claim

Plaintiff's Petition fails to state a claim upon which relief can be granted against the Defendant.

### Second Affirmative Defense: No sale or offer of a security

The Defendant was not engaged in the offering or sale of a security. The Defendant neither provided investment information, negotiated, accepted investor funds, controlled any investments funds, nor received compensation tied to any sale of a security.

### Third Affirmative Defense: Lack of control or involvement in the offering

The Defendant had no control over any investment funds, offering materials, investors' decision-making, or fund operations associated with the allegations raised in the Ancillary Complaint.

### Fourth Affirmative Defense: Causation

The Plaintiff's loss is not the result of any wrongdoing by the Defendant.

### Fifth Affirmative Defense: Reservation of Rights

Defendant reserves the right to assert additional affirmative defenses as they become known through discovery or otherwise.

Respectfully submitted this 22nd day of October, 2025.

/s/ Tara Mettler
TARA METTLER
*Pro Se Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2025, I filed the foregoing with the Clerk

of Courts.

*/s/ Tara Mettler*

## SERVICE LIST

**Henry F. Sewell**
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
Telephone: 404-926-0053
Email: hsewell@sewellfirm.com
*Counsel for Kenneth D. Murena*
As Court-Appointed Receiver

**Tara Mettler**
99 S. New York Avenue
Winter Park, FL 32789
Telephone: 832-871-4431
Email: Tara@fcgllc.com

*Pro Se Defendant*