IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KENNETH D. MURENA, in his capacity )
as court-appointed Receiver of Drive )
Planning, LLC, )
            )
       Plaintiff, )
            )
v. )      Case no. 1:25-cv-04587-VMC
            )
CQ CONSULTING SERVICES LLC, )
*et al*., )
            )
       Defendants, )
_____)

DEFENDANT EVERETT J. STULL II'S
AFFIRMATIVE DEFENSES AND ANSWER

COMES NOW Defendant EVERETT J. STULL II (hereinafter "Defendant"),

by and through undersigned counsel and files this, his Answer and Affirmative

Defenses to the Complaint filed by KENNETH D. MURENA, in his capacity as

court-appointed Receiver of Drive Planning LLC (hereinafter "Plaintiff"), on August

13, 2025 (doc. 1) and shows as follows:

AFFIRMATIVE DEFENSES

FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

## SECOND DEFENSE

Plaintiff's Complaint is or may be subject to dismissal, in whole or in part, for lack of personal or subject matter jurisdiction.

## THIRD DEFENSE

All actions taken by Defendant with respect to Plaintiff were taken for legitimate reasons.

## FOURTH DEFENSE

Plaintiff's claims and remedies are barred, in whole or in part, by the applicable statute of limitations and/or laches.

## FIFTH DEFENSE

Plaintiff's claims are barred to the extent that Plaintiffs have failed to satisfy all jurisdictional and administrative requisites or conditions precedent for those claims.

## SIXTH DEFENSE

Some or all of Plaintiff's claims may be moot.

## SEVENTH DEFENSE

Defendant has not violated any state or federal law.

## EIGHTH DEFENSE

Plaintiff does not have standing.

## NINTH DEFENSE

Defendant denies any allegation not expressly admitted herein.

Defendant reserves the right to raise any additional defenses allowed by law as evidence is discovered in pursuit of this litigation.  Without waiving any of the foregoing defenses, Defendant responds to the specific numbered paragraphs of Plaintiff's Complaint as follows:

## ANSWER

1.      Paragraph one of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

2.      Paragraph two of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

3.      Paragraph three of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

4.     Paragraph four of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

5.     Paragraph five of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

6.     Paragraph six of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

7.     Paragraph seven of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

8.     Paragraph eight of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

9. Paragraph nine of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary. To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

10. Paragraph 10 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary. To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

11. Paragraph 11 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary. To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

12. Paragraph 12 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary. To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

13. Paragraph 13 of Plaintiff's Complaint is a statement of the nature of his claims against Defendant and does not require a response. To the extent a response is required, Defendant denies the allegations contained therein.

14.    Paragraph 14 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

15.    Paragraph 15 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

16 – 41.    Defendant is without sufficient knowledge to admit or deny the allegations contained in paragraphs 16 – 41 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

42.    Defendant admits the allegations in paragraph 42 of Plaintiff's Complaint.

43 – 57.    Defendant is without sufficient knowledge to admit or deny the allegations contained in paragraphs 43 – 57 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

58.    Paragraph 58 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant admits this Court has jurisdiction over this matter.

59.     Paragraph 59 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant admits this Court has jurisdiction over this matter.

60.     Paragraph 60 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant admits this Court has jurisdiction over this matter.

61.     Paragraph 61 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant admits this Court has jurisdiction over this matter.

62.     Paragraph 62 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant admits this Court has jurisdiction over this matter.

63.     Paragraph 63 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant admits this Court has jurisdiction over this matter.

64.     Paragraph 64 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required and without admitting the factual allegation(s) contained therein, Defendant admits this Court has jurisdiction over him.

65.    Paragraph 65 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant admits this Court has jurisdiction over him.

66.    Paragraph 66 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant admits this Court has jurisdiction over him.

67.    Paragraph 67 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required and without admitting the factual allegation(s) contained therein, Defendant admits this Court has jurisdiction over him.

68.    Paragraph 68 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant admits this Court has jurisdiction over him.

69.    Paragraph 69 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required and without admitting the factual allegation(s) contained therein, Defendant admits this Court has jurisdiction over him.

70.    Paragraph 70 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant admits venue is proper in this district.

71.     Paragraph 71 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required and without admitting the factual allegation(s) contained therein, Defendant admits venue is proper in this district.

72.     Paragraph 72 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required and without admitting the factual allegation(s) contained therein, Defendant admits venue is proper in this district.

73.     Paragraph 73 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  Defendant is without sufficient knowledge to admit or deny the allegations contained in paragraph 73 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

74.     Defendant admits the allegations in paragraph 74 of Plaintiff's Complaint.

75.     Defendant admits the allegations in paragraph 75 of Plaintiff's Complaint.

76.     Defendant admits the allegations in paragraph 76 of Plaintiff's Complaint.

77.     Paragraph 77 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required

and without admitting the factual allegation(s) contained therein, Defendant admits the allegation(s) that the Receivership Order created a receivership estate comprised of all of the assets of Drive Planning LLC, which became a receivership entity.

78.     Paragraph 78 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required and without admitting the factual allegation(s) contained therein, Defendant admits the allegation(s) that the Receivership Order authorizes the Receiver to investigate and prosecute claims against individuals and entities who/that improperly received funds from Drive Planning LLC pre-receivership and the Receiver sought and obtained authority from the Court presiding over the SEC Enforcement Action to commence the action asserting the claims set forth in Plaintiff's Complaint.

79.     Paragraph 79 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

80.     Defendant is without knowledge to admit or deny the allegations in paragraph 80 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

81.     Paragraph 81 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required,

Defendant is without knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

82.    Paragraph 82 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

83.    Defendant is without knowledge to admit or deny the allegations in paragraph 83 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

84.    Defendant is without knowledge to admit or deny the allegations in paragraph 84 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

85.    Defendant is without knowledge to admit or deny the allegations in paragraph 85 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

86.    Paragraph 86 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant admits he promoted, offered, sold, or solicited the purchase of a product promising quarterly "interest" payments amounting to 10%, which annualized to over 40%.  Defendant is without knowledge to admit or deny the remaining

allegations contained therein; therefore, he denies those allegations and demands proof of same.

87.    Paragraph 87 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant admits the product was branded as the "R.E.A.L. Opportunity" or "R.E.A.L. Plan", which stood for Real Estate Acceleration Loans. Defendant is without knowledge to admit or deny the remaining allegations contained therein; therefore, he denies those allegations and demands proof of same.

88.    Defendant is without knowledge to admit or deny the allegations in paragraph 88 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

89.    Paragraph 89 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without knowledge to admit or deny the allegations; therefore, he denies those allegations and demands proof of same.

90.    Defendant is without knowledge to admit or deny the allegations in paragraph 90 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

91.    Paragraph 91 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required,

Defendant is without knowledge to admit or deny the allegations; therefore, he denies those allegations and demands proof of same.

92.    Paragraph 92 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary. To the extent a response is required, Defendant is without knowledge to admit or deny the allegations; therefore, he denies those allegations and demands proof of same.

93.    Paragraph 93 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary. To the extent a response is required, Defendant is without knowledge to admit or deny the allegations; therefore, he denies those allegations and demands proof of same.

94.    Defendant admits the allegations in paragraph 94 of Plaintiff's Complaint that he offered the "R.E.A.L Opportunity" and other products to small-scale investors in the general public. Defendant is without knowledge to admit or deny the remaining allegations contained therein; therefore, he denies those allegations and demands proof of same.

95.    Defendant admits the allegations in paragraph 95 of Plaintiff's Complaint that he encouraged purchasers of the product (some of whom were sophisticated investors) to tap their savings, retirement accounts, and home equity. Defendant is without knowledge to admit or deny the remaining allegations contained therein; therefore, he denies those allegations and demands proof of same.

96.    Defendant admits the allegations in paragraph 96 of Plaintiff's Complaint.

97.    Defendant admits the allegations in paragraph 97 of Plaintiff's Complaint.

98.    Defendant admits the allegations in paragraph 98 of Plaintiff's Complaint that purchasers of the product were encouraged to use home-equity lines of credit. Defendant is without knowledge to admit or deny the remaining allegations contained therein; therefore, he denies those allegations and demands proof of same.

99.    Defendant admits the allegations in paragraph 99 of Plaintiff's Complaint.

100.   Paragraph 100 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary. Defendant admits the allegations that the "REAL Opportunity" was advertised to the public nationwide and certain international markets and accepted funds from purchasers across the nation and internationally.

101.   Defendant admits the allegations in paragraph 101 of Plaintiff's Complaint.

102.   Defendant admits the allegations in paragraph 102 of Plaintiff's Complaint.

103. Defendant admits the allegations in paragraph 103 of Plaintiff's Complaint that the "R.E.A.L. Opportunity" purported to be a short-term interest-bearing loan (10% paid quarterly, which equates to 40% annually) that Drive Planning LLC used for bridge loans in the commercial real estate sector. Defendant is without knowledge to admit or deny the remaining allegations contained therein; therefore, he denies those allegations and demands proof of same.

104. Paragraph 104 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary. Defendant admits the allegations that purchasers of the "R.E.A.L. Opportunity" gave Drive Planning money expecting repayment of that money plus a return of extra money over and above in the form of interest payments or profits.

105. Paragraph 105 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary. Defendant admits the allegations that Drive Planning LLC and its agents, through the "R.E.A.L. Opportunity," promised purchasers a fixed rate of return.

106. Defendant admits the allegations in paragraph 106 of Plaintiff's Complaint that Drive Planning LLC and its agents promised purchasers there was collateral. Defendant is without knowledge to admit or deny the remaining allegations contained therein; therefore, he denies those allegations and demands proof of same.

107.  Defendant is without knowledge to admit or deny the allegations in paragraph 107 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

108.  Defendant is without knowledge to admit or deny the allegations in paragraph 108 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

109.  Defendant admits the allegations in paragraph 109 of Plaintiff's Complaint that Drive Planning LLC pooled funds from purchasers.  Defendant is without knowledge to admit or deny the remaining allegations; therefore, he denies those allegations and demands proof of same.

110.  Defendant admits the allegations in paragraph 110 of Plaintiff's Complaint.

111.  Defendant admits the allegations in paragraph 111 of Plaintiff's Complaint.

112.  Defendant admits the allegations in paragraph 112 of Plaintiff's Complaint.

113.  Defendant admits the allegations in paragraph 113 of Plaintiff's Complaint.

114.  Defendant admits the allegations in paragraph 114 of Plaintiff's Complaint.

115.    Defendant admits the allegations in paragraph 115 of Plaintiff's Complaint.

116.    Defendant is without knowledge to admit or deny the allegations in paragraph 116 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

117.    Defendant is without knowledge to admit or deny the allegations in paragraph 117 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

118.    Defendant is without knowledge to admit or deny the allegations in paragraph 118 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

119.    Defendant is without knowledge to admit or deny the allegations in paragraph 119 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

120.    Defendant admits the allegations in paragraph 120 of Plaintiff's Complaint.

121.    Paragraph 121 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without knowledge to admit or deny the allegations; therefore, he denies those allegations and demands proof of same.

122.   Defendant is without knowledge to admit or deny the allegations in paragraph 122 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

123.   Defendant admits the allegations in paragraph 123 of Plaintiff's Complaint.

124.   Defendant admits the allegations in paragraph 124 of Plaintiff's Complaint.

125.   Defendant is without knowledge to admit or deny the allegations in paragraph 125 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

126.   Defendant is without knowledge to admit or deny the allegations in paragraph 126 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

127.   Defendant is without knowledge to admit or deny the allegations in paragraph 127 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

128.   Defendant is without knowledge to admit or deny the allegations in paragraph 128 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

129.   Defendant is without knowledge to admit or deny the allegations in paragraph 129 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

130.   Defendant is without knowledge to admit or deny the allegations in paragraph 130 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

131.   Defendant is without knowledge to admit or deny the allegations in paragraph 131 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

132.   Defendant is without knowledge to admit or deny the allegations in paragraph 132 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

133.   Defendant is without knowledge to admit or deny the allegations in paragraph 133 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

134.   Defendant is without knowledge to admit or deny the allegations in paragraph 134 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

135. Defendant admits the allegations in paragraph 135 of Plaintiff's Complaint.

136.    Defendant is without knowledge to admit or deny the allegations in paragraph 136 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

137.    Defendant is without knowledge to admit or deny the allegations in paragraph 137 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

138.    Defendant is without knowledge to admit or deny the allegations in paragraph 138 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

139.    Defendant is without knowledge to admit or deny the allegations in paragraph 139 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

140.    Defendant is without knowledge to admit or deny the allegations in paragraph 140 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

141.    Defendant denies the allegation in paragraph 141 of Plaintiff's Complaint that he unscrupulously risked the fortunes (no matter how big or small) of his clients, customers, followers, friends, and family in exchange for Commission payments from "investor" funds that, in some cases, amounted to millions of dollars.

As to the remaining allegations, Defendant is without knowledge to admit or deny; therefore, he denies those allegations and demands proof of same.

142.   Defendant is without knowledge to admit or deny the allegations in paragraph 142 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

143.   Defendant admits the allegation in paragraph 143 of Plaintiff's Complaint that he promoted Drive Planning LLC and in return received commissions.  As to the remaining allegations, Defendant is without knowledge to admit or deny; therefore, he denies those allegations and demands proof of same.

144.   Defendant is without knowledge to admit or deny the allegations in paragraph 144 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

145.   Defendant admits the allegations in paragraph 145 of Plaintiff's Complaint.

146.   Defendant admits the allegations in paragraph 146 of Plaintiff's Complaint.

147.   Defendant is without knowledge to admit or deny the allegations in paragraph 147 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

148.   Defendant admits the allegations in paragraph 148 of Plaintiff's Complaint that Drive Planning LLC used LinkedIn, Instagram, Facebook, YouTube, and other social media platforms.  As to the remaining allegations, Defendant is without knowledge to admit or deny; therefore, he denies those allegations and demands proof of same.

149.   Defendant is without knowledge to admit or deny the allegations in paragraph 149 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

150.   Defendant is without knowledge to admit or deny the allegations in paragraph 150 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

151.   Defendant admits the allegations in paragraph 151 of Plaintiff's Complaint.

152.   Defendant admits the allegation in paragraph 152 of Plaintiff's Complaint that his profile appeared on Drive Planning LLC's website.  As to the remaining allegations, Defendant is without knowledge to admit or deny; therefore, he denies those allegations and demands proof of same.

153.   Defendant admits the allegation in paragraph 153 of Plaintiff's Complaint.

154.    Defendant admits the allegation in paragraph 154 of Plaintiff's Complaint that he utilized his own platform and followers.  As to the remaining allegations, Defendant is without knowledge to admit or deny; therefore, he denies those allegations and demands proof of same.

155.    Defendant is without knowledge to admit or deny the allegations in paragraph 155 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

156.    Defendant is without knowledge to admit or deny the allegations in paragraph 156 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

157.    Defendant admits the allegations in paragraph 157 of Plaintiff's Complaint that he brought in purchasers through his own channels and received commissions.  As to the remaining allegations, Defendant is without knowledge to admit or deny; therefore, he denies those allegations and demands proof of same.

158.    Defendant is without knowledge to admit or deny the allegations in paragraph 158 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

159.    Defendant is without knowledge to admit or deny the allegations in paragraph 159 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

160.   Defendant is without knowledge to admit or deny the allegations in paragraph 160 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

161.   Defendant is without knowledge to admit or deny the allegations in paragraph 161 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

162.   Paragraph 162 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

163.   Defendant admits the allegations in paragraph 163 of Plaintiff's Complaint.

164.   Paragraph 164 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

165.   Paragraph 165 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

166.   Defendant admits the allegations in paragraph 166 of Plaintiff's Complaint.

167.   Defendant is without knowledge to admit or deny the allegations in paragraph 167 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

168.   Paragraph 168 of Plaintiff's Complaint is a statement of the nature of his claims against Defendant and does not require a response. To the extent a response is required, Defendant denies the allegations contained therein.

169.   Paragraph 169 of Plaintiff's Complaint is a statement of the nature of his claims against Defendant and does not require a response. To the extent a response is required, Defendant denies the allegations contained therein.

170.   Paragraph 170 of Plaintiff's Complaint is a statement of the nature of his claims against Defendant and does not require a response. To the extent a response is required, Defendant denies the allegations contained therein.

171.   Paragraph 171 of Plaintiff's Complaint is a statement of the nature of his claims against Defendant and does not require a response. To the extent a response is required, Defendant denies the allegations contained therein.

172.   Defendant is without knowledge to admit or deny the allegations in paragraph 172 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

173.   Defendant is without knowledge to admit or deny the allegations in paragraph 173 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

174.   Paragraph 174 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

175.   Paragraph 175 of Plaintiff's Complaint is a statement of the nature of his claims against Defendant and does not require a response. To the extent a response is required, Defendant denies the allegations contained therein.

176.   Paragraph 176 of Plaintiff's Complaint is a statement of the nature of his claims against Defendant and does not require a response. To the extent a response is required, Defendant denies the allegations contained therein.

177 – 243.   Defendant is without knowledge to admit or deny the allegations in paragraphs 177 – 243 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

244.   Defendant admits the allegation in paragraph 244 of Plaintiff's Complaint that from February 10, 2023 through June 14, 2024, Drive Planning LLC made 36 transfers of funds in the total amount of $652,619.77 to him as

commissions. As to the remaining allegations, Defendant is without knowledge to admit or deny; therefore, he denies those allegations and demands proof of same.

245. Defendant admits the allegations in paragraph 245 of Plaintiff's Complaint that from February 6, 2023 through June 5, 2024, he made four transfers totaling $233,000.00 to Drive Planning LLC. As to the remaining allegations, Defendant is without knowledge to admit or deny; therefore, he denies those allegations and demands proof of same.

246. Defendant admits the allegation in paragraph 246 of Plaintiff's Complaint that from May 8, 2023 to February 20, 2024, he received $15,997.20 in purported profits. As to the remaining allegations, Defendant is without knowledge to admit or deny; therefore, he denies those allegations and demands proof of same.

247. Paragraph 247 of Plaintiff's Complaint is a statement of the nature of his claims against Defendant and does not require a response. To the extent a response is required, Defendant denies the allegations contained therein.

248 – 285. Defendant is without knowledge to admit or deny the allegations in paragraphs 248 – 285 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

286. Paragraph 286 of Plaintiff's Complaint is a statement of the nature of his claims against Defendant and does not require a response. To the extent a

response is required, Defendant adopts, realleges, and incorporates his prior respective answers.

287.   Defendant is without knowledge to admit or deny the allegations in paragraph 287 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

288.   Defendant admits the allegations in paragraph 288 of Plaintiff's Complaint.

289.   Defendant admits the allegations in paragraph 289 of Plaintiff's Complaint.

290.   Paragraph 290 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant admits he received commissions from the sales of Drive Planning LLC's investment products, including the "R.E.A.L. Opportunity."  As to the remaining allegations, Defendant is without knowledge to admit or deny the allegations; therefore, he denies those allegations and demands proof of same.

291.   Defendant admits the allegations in paragraph 291 of Plaintiff's Complaint.

292.   Paragraph 292 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required,

Defendant is without knowledge to admit or deny the allegations; therefore, he denies those allegations and demands proof of same.

293.   Paragraph 293 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant admits he received commissions from the sales of Drive Planning LLC's investment products.   As to the remaining allegations, Defendant is without knowledge to admit or deny the allegations; therefore, he denies those allegations and demands proof of same.

294.   Defendant is without knowledge to admit or deny the allegations in paragraph 294 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

295.   Paragraph 295 of Plaintiff's Complaint is a statement of the nature of his claims against Defendant and does not require a response. To the extent a response is required, Defendant denies the allegations contained therein.

296.   Defendant admits the allegations in paragraph 296 of Plaintiff's Complaint (insofar as it applies to him).

297.   Defendant is without knowledge to admit or deny the allegations in paragraph 297 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

298.   Defendant is without knowledge to admit or deny the allegations in paragraph 298 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

299.   Paragraph 299 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.

300.   Defendant is without knowledge to admit or deny the allegations in paragraph 300 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

301.   Defendant is without knowledge to admit or deny the allegations in paragraph 301 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

302.   Paragraph 302 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.

303.   Defendant is without knowledge to admit or deny the allegations in paragraph 303 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

304.   Defendant is without knowledge to admit or deny the allegations in paragraph 304 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

305.   Defendant is without knowledge to admit or deny the allegations in paragraph 305 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

306.   Defendant is without knowledge to admit or deny the allegations in paragraph 306 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

307.   Defendant is without knowledge to admit or deny the allegations in paragraph 307 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

308.   Defendant denies the allegations in paragraph 308 of Plaintiff's Complaint.

309.   Defendant is without knowledge to admit or deny the allegations in paragraph 309 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

310.   Defendant denies the allegations in paragraph 310 of Plaintiff's Complaint.

311.   Defendant denies the allegations in paragraph 311 of Plaintiff's Complaint.

312.   Defendant denies the allegations in paragraph 312 of Plaintiff's Complaint.

313.  Defendant is without knowledge to admit or deny the allegations in paragraph 313 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

314.  Paragraph 314 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

315.  Paragraph 315 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

316.  Paragraph 316 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

317.  Paragraph 317 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

318.    Paragraph 318 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

319.    Paragraph 319 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

320.    Paragraph 320 of Plaintiff's Complaint is a statement of the nature of his claims against Defendant and does not require a response. To the extent a response is required, Defendant adopts, realleges, and incorporates his prior respective answers.

321.    Defendant is without knowledge to admit or deny the allegations in paragraph 321 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

322.    Defendant admits the allegations in paragraph 322 of Plaintiff's Complaint.

323.    Defendant admits the allegations in paragraph 323 of Plaintiff's Complaint.

324.    Paragraph 324 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant admits he received commissions from the sales of Drive Planning LLC's investment products, including the "R.E.A.L. Opportunity."  As to the remaining allegations, Defendant is without knowledge to admit or deny the allegations; therefore, he denies those allegations and demands proof of same.

325.    Defendant admits the allegations in paragraph 325 of Plaintiff's Complaint.

326.    Paragraph 326 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without knowledge to admit or deny the allegations; therefore, he denies those allegations and demands proof of same.

327.    Paragraph 327 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant admits he received commissions from the sales of Drive Planning LLC's investment products.  As to the remaining allegations, Defendant is without knowledge to admit or deny the allegations; therefore, he denies those allegations and demands proof of same.

328.   Paragraph 328 of Plaintiff's Complaint is a statement of the nature of his claims against Defendant and does not require a response. To the extent a response is required, Defendant denies the allegations contained therein.

329.   Defendant admits the allegations in paragraph 329 of Plaintiff's Complaint (insofar as it applies to him).

330.   Defendant is without knowledge to admit or deny the allegations in paragraph 330 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

331.   Defendant is without knowledge to admit or deny the allegations in paragraph 331 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

332.   Defendant is without knowledge to admit or deny the allegations in paragraph 332 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

333.   Defendant denies the allegations in paragraph 333 of Plaintiff's Complaint.

334.   Defendant is without knowledge to admit or deny the allegations in paragraph 334 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

335.   Defendant denies the allegations in paragraph 335 of Plaintiff's Complaint.

336.   Defendant is without knowledge to admit or deny the allegations in paragraph 336 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

337.   Defendant is without knowledge to admit or deny the allegations in paragraph 337 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

338.   Defendant denies the allegations in paragraph 338 of Plaintiff's Complaint.

339.   Defendant is without knowledge to admit or deny the allegations in paragraph 339 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

340.   Defendant denies the allegations in paragraph 340 of Plaintiff's Complaint.

341.   Defendant denies the allegations in paragraph 341 of Plaintiff's Complaint.

342.   Defendant denies the allegations in paragraph 342 of Plaintiff's Complaint.

343.   Defendant is without knowledge to admit or deny the allegations in paragraph 343 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

344.   Defendant is without knowledge to admit or deny the allegations in paragraph 344 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

345.   Paragraph 345 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

346.   Paragraph 346 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

347.   Paragraph 347 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without sufficient knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

348.   Defendant is without knowledge to admit or deny the allegations in paragraph 348 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

349.   Paragraph 349 of Plaintiff's Complaint is a statement of the nature of his claims against Defendant and does not require a response. To the extent a response is required, Defendant adopts, realleges, and incorporates his prior respective answers.

350.   Defendant is without knowledge to admit or deny the allegations in paragraph 350 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

351.   Defendant admits the allegations in paragraph 351 of Plaintiff's Complaint.

352.   Defendant admits the allegations in paragraph 352 of Plaintiff's Complaint.

353.   Paragraph 353 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant admits he received commissions from the sales of Drive Planning LLC's investment products, including the "R.E.A.L. Opportunity."  As to the remaining allegations, Defendant is without knowledge to admit or deny the allegations; therefore, he denies those allegations and demands proof of same.

354.   Defendant admits the allegations in paragraph 354 of Plaintiff's Complaint.

355.   Paragraph 355 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without knowledge to admit or deny the allegations; therefore, he denies those allegations and demands proof of same.

356.   Paragraph 356 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant admits he received commissions from the sales of Drive Planning LLC's investment products.   As to the remaining allegations, Defendant is without knowledge to admit or deny the allegations; therefore, he denies those allegations and demands proof of same.

357.   Paragraph 357 of Plaintiff's Complaint is a statement of the nature of his claims against Defendant and does not require a response. To the extent a response is required, Defendant denies the allegations contained therein.

358.   Defendant admits the allegations in paragraph 358 of Plaintiff's Complaint.

359.   Defendant denies the allegations in paragraph 359 of Plaintiff's Complaint.

360.   Defendant is without knowledge to admit or deny the allegations in paragraph 360 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

361.   Defendant denies the allegations in paragraph 361 of Plaintiff's Complaint.

362.   Paragraph 362 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

363.   Defendant denies the allegations in paragraph 363 of Plaintiff's Complaint.

364.   Defendant denies the allegations in paragraph 364 of Plaintiff's Complaint.

365.   Defendant is without knowledge to admit or deny the allegations in paragraph 365 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

366.   Paragraph 366 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

367.   Paragraph 367 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

368.   Paragraph 368 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

369.   Paragraph 369 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

370.   Defendant is without knowledge to admit or deny the allegations in paragraph 370 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

371.   Paragraph 371 of Plaintiff's Complaint contains one or more legal conclusions to which no response is necessary.  To the extent a response is required, Defendant is without knowledge to admit or deny the allegations contained therein; therefore, he denies those allegations and demands proof of same.

372.   Paragraph 372 of Plaintiff's Complaint is a statement of the nature of his claims against Defendant and does not require a response. To the extent a response is required, Defendant denies the allegations contained therein.

373.   Paragraph 373 of Plaintiff's Complaint is a statement of the nature of his claims against Defendant and does not require a response. To the extent a response is required, Defendant denies the allegations contained therein.

374.   Defendant is without knowledge to admit or deny the allegations in paragraph 374 of Plaintiff's Complaint; therefore, he denies those allegations and demands proof of same.

PRAYER FOR RELIEF

The remainder of the Amended Complaint contains prayers for relief.   In response to paragraphs (I) - (VII) of Plaintiff's prayers for relief, Defendant denies that Plaintiff is entitled to any relief whatsoever from Defendant.

Defendant denies any allegation contained in the Complaint that is not specifically admitted or denied herein.

WHEREFORE, having answered fully, Defendant hereby prays that Plaintiff's Complaint be dismissed in its entirety with all costs cast upon Plaintiff, and for such other relief as this Court deems just and proper, including, but not limited to, an award of reasonable attorney's fees incurred by Defendant in the defense of this action.

Respectfully submitted this 4th day of November, 2025.

/s/ Mark A. Campbell
Mark A. Campbell
3300 Hamilton Mill Road
Suite 102-124
Buford, Georgia 30519
(404) 345-2593
mcampbell.atty@gmail.com
Georgia Bar No. 384028

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KENNETH D. MURENA, in his capacity )
as court-appointed Receiver of Drive )
Planning, LLC, )
                                     )
        Plaintiff, )
                                     )
v. )                                    Case no. 1:25-cv-04587-VMC
                                     )
CQ CONSULTING SERVICES LLC, )
*et al*., )
                                     )
        Defendants, )
_____ )

CERTIFICATE OF SERVICE
AND COMPLIANCE WITH LOCAL RULE 5.1B

I HEREBY CERTIFY that a copy of the foregoing was formatted in 14-point

Times New Roman font in compliance with Local Rule 5.1B and was electronically

filed this day with the Clerk of Court using the CM/ECF system which will

automatically send email notification of such filing to all parties of record.

Respectfully submitted this 4th day of November, 2025.


                                    /s/ Mark A. Campbell
                                    Mark A. Campbell