# EXHIBIT C

## RETURN OF SERVICE
UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:25-CV-04587-VMC

Plaintiff: **KENNETH D. MURENA, in his capacity as court-appointed Receiver of Drive Planning, LLC**
vs.
Defendant: **CQ CONSULTING SERVICES, LLC, et.al**

For: Henry F. Sewell

Received by DLE Process Servers, Inc on the 11th day of September, 2025 at 2:21 pm to be served on **Velomon LLC c/o James L. Beatley, as registered agent,** Fishers, IN 46038. I, _Raymond Bady_, do hereby affirm that on the _16_ day of _September_, 20_25_ at _10:50 A_ .m., executed service by delivering a true copy of the **Summons In A Civil Action, Ancillary complaint, Exhibits.** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

(X) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: The provided suite does not exist. The directory doesn't have the company or person listed. Parts of the building are under construction. No one was present to speak to.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Raymond Bady_
PROCESS SERVER # _NA_
Appointed in accordance with State Statutes

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705

Our Job Serial Number: 2025049789

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e