# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **KENNETH D. MURENA**, in his capacity as Court-appointed Receiver of Drive Planning, LLC, <br><br> Plaintiff, <br><br> v. <br><br> **CQ CONSULTING SERVICES, LLC, et al**., <br><br> Defendants. | Case No. 1:25-cv-04587-VMC |

**DEFENDANT INTEGRATED WEALTH STRATEGIES, LLC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND IN RESPONSE TO THE ANCILLARY COMPLAINT**

Defendant Integrated Wealth Strategies, LLC ("IWS"), by and through undersigned counsel, hereby files its Answer, Affirmative Defenses, and Jury Demand in Response to the Ancillary Complaint ("Complaint") filed by Plaintiff Kenneth D. Murena, in his capacity as Court-appointed Receiver of Drive Planning, LLC ("Receiver") as follows:

## ANSWER

IWS responds to the allegations contained in the numbered and unnumbered paragraphs of Receiver's Complaint as follows:

## I.    OVERVIEW

1.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 1 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 1 purport to state a legal conclusion, no response is required.

2.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 2 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 2 purport to state a legal conclusion, no response is required.

3.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 3 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 3 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 3 suggest wrongdoing by IWS, the allegations are denied in their entirety.

4.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 4 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 4 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 3 suggest wrongdoing by IWS, the allegations are

2

denied in their entirety.

5.      IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 5 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 5 purport to state a legal conclusion, no response is required.

6.      IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 6 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 6 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 6 suggest wrongdoing by IWS, the allegations are denied in their entirety.

7.      IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 7 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 7 purport to state a legal conclusion, no response is required.

8.      IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 8 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 8 purport to state a legal conclusion, no response is required.

9.      IWS is without information or knowledge sufficient to form a

belief as to the truth of the allegations set forth in Paragraph 9 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 9 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 9 suggest wrongdoing by IWS, the allegations are denied in their entirety.

10.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 10 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 10 purport to state a legal conclusion, no response is required.

11.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 11 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 11 purport to state a legal conclusion, no response is required.

12.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 12 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 12 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 12 suggest wrongdoing by IWS, the allegations are denied in their entirety.

13.    IWS is without information or knowledge sufficient to form a

4

belief as to the truth of the allegations set forth in Paragraph 13 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 13 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 13 suggest wrongdoing by IWS, the allegations are denied in their entirety.

14.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 14 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 14 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 14 suggest wrongdoing by IWS, the allegations are denied in their entirety.

## II.    PARTIES

15.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 15 and therefore denies the same.

16.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 16 and therefore denies the same.

17.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 17 and therefore

denies the same.

18. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 18 and therefore denies the same.

19. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 19 and therefore denies the same.

20. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 20 and therefore denies the same.

21. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 21 and therefore denies the same.

22. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 22 and therefore denies the same.

23. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 23 and therefore denies the same.

24. IWS is without information or knowledge sufficient to form a

belief as to the truth of the allegations set forth in Paragraph 24 and therefore denies the same.

25.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 25 and therefore denies the same.

26.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 26 and therefore denies the same.

27.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 27 and therefore denies the same.

28.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 28 and therefore denies the same.

29.    IWS admits that it is a limited liability company in the State of New Jersey.  IWS is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 29 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 29 purport to state a legal conclusion, no response is required.

30.    IWS is without information or knowledge sufficient to form a

7

belief as to the truth of the allegations set forth in Paragraph 30 and therefore denies the same.

31.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 31 and therefore denies the same.

32.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 32 and therefore denies the same.

33.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 33 and therefore denies the same.

34.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 34 and therefore denies the same.

35.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 35 and therefore denies the same.

36.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 36 and therefore denies the same.

37.     IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 37 and therefore denies the same.

38.     IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 38 and therefore denies the same.

39.     IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 39 and therefore denies the same.

40.     IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 40 and therefore denies the same.

41.     IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 41 and therefore denies the same.

42.     IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 42 and therefore denies the same.

43.     IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 43 and therefore

denies the same.

44.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 44 and therefore denies the same.

45.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 45 and therefore denies the same.

46.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 46 and therefore denies the same.

47.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 47 and therefore denies the same.

48.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 48 and therefore denies the same.

49.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 49 and therefore denies the same.

50.    IWS is without information or knowledge sufficient to form a

belief as to the truth of the allegations set forth in Paragraph 50 and therefore denies the same.

51.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 51 and therefore denies the same.

52.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 52 and therefore denies the same.

53.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 53 and therefore denies the same.

54.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 54 and therefore denies the same.

55.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 55 and therefore denies the same.

56.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 56 and therefore denies the same.

57.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 57 and therefore denies the same.

### III.    JURISDICTION

#### A.    Subject Matter Jurisdiction

58.    IWS admits this Court has subject matter jurisdiction over this ancillary action by virtue of the Receivership Order. IWS is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 58 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 58 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 58 suggest wrongdoing by IWS, the allegations are denied in their entirety.

59.    Paragraph 59 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, any and all allegations set forth in Paragraph 59 are denied.

60.    Paragraph 60 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, any and all allegations set forth in Paragraph 60 are denied.

61.    Paragraph 61 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, any and all

allegations set forth in Paragraph 61 are denied.

62.    IWS admits that the District Court for the Northern District of Georgia appointed the Receiver in the SEC Enforcement Action. The remaining allegations set forth in Paragraph 62 are legal conclusions that do not require a response from IWS. To the extent a response is required, the remaining allegations set forth in Paragraph 62 are denied.

63.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 63 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 63 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 63 suggest wrongdoing by IWS, the allegations are denied in their entirety.

**B.    Personal Jurisdiction**

64.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 64 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 64 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 64 suggest wrongdoing by IWS, the allegations are denied in their entirety.

65.    IWS is without information or knowledge sufficient to form a

13

belief as to the truth of the allegations set forth in Paragraph 65 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 65 purport to state a legal conclusion, no response is required.

66.     IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 66 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 66 purport to state a legal conclusion, no response is required.

67.     IWS admits that a copy of the complaint that commenced the SEC Enforcement Action and a copy of the Receivership Order were filed in the District of New Jersey on August 23, 2024 (Case No. 2:24-mc-00105-JXN). IWS is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 67 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 67 purport to state a legal conclusion, no response is required.

68.     Paragraph 68 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, any and all allegations set forth in Paragraph 68 are denied.

69.     Paragraph 69 sets forth legal conclusions that do not require a response from IWS. Moreover, IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in

14

Paragraph 69. To the extent a response is required, any and all allegations set forth in Paragraph 69 are denied.

## IV.    VENUE

70.    Paragraph 70 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, any and all allegations set forth in Paragraph 70 are denied.

71.    IWS admits that a copy of the complaint that commenced the SEC Enforcement Action and a copy of the Receivership Order were filed in the District of New Jersey on August 23, 2024 (Case No. 2:24-mc-00105-JXN). IWS is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 71 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 71 purport to state a legal conclusion, no response is required.

72.    IWS is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 72 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 72 purport to state a legal conclusion, no response is required.

## V.    CONDITIONS PRECEDENT

73.    IWS is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 73 and

therefore denies the same. Moreover, to the extent the allegations in Paragraph 73 purport to state a legal conclusion, no response is required.

## VI.   GENERAL FACTUAL AND PROCEDURAL BACKGROUND

### *The SEC Commences Its Enforcement Action*

74.   IWS admits the allegations in Paragraph 74.

75.   IWS admits the allegations in Paragraph 75.

### *The Court Appoints the Receiver and Ousts Burkhalter and His Accomplices*

76.   IWS admits the allegations in Paragraph 76.

77.   Paragraph 77 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required and without admitting the factual allegation(s) contained therein, IWS admits the allegation(s) that the Receiver Order created a receivership estate comprised of all of the assets of Drive Planning LLC, which became a receivership entity.

78.   Paragraph 78 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required and without admitting the factual allegation(s) contained therein, IWS admits the allegation(s) that the Receivership Order authorizes the Receiver to investigate and prosecute claims against individuals and entities who/that improperly received funds from Drive Planning LLC pre-receivership and the Receiver sought and

obtained authority from the Court presiding over the SEC Enforcement Action to commence the action asserting the claims set forth in Plaintiff's Complaint.

## VII.   FACTUAL BASIS FOR THE RECEIVER'S CLAIMS FOR RELIEF

### *Drive Planning Was a Ponzi Scheme and Insolvent from 2020 to 2024*

79.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 79 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 79 purport to state a legal conclusion, no response is required.

80.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 80 and therefore denies the same.

81.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 81 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 81 purport to state a legal conclusion, no response is required.

82.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 82 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 82 purport to state a legal conclusion, no response is required.

83.    IWS is without information or knowledge sufficient to form a

belief as to the truth of the allegations set forth in Paragraph 83 and therefore denies the same.

84.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 84 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 84 purport to state a legal conclusion, no response is required.

85.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 85 and therefore denies the same.

### The "R.E.A.L." Opportunity Ponzi Product—An Illegal, Unregistered Security

86.    IWS is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 86 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 86 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 86 suggest wrongdoing by IWS, the allegations are denied in their entirety.

87.    IWS admits the product was branded as the "R.E.A.L. Opportunity" or "R.E.A.L. Plan", which stood for Real Estate Acceleration Loans. IWS is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 87 and therefore

18

denies the same. Moreover, to the extent the allegations in Paragraph 87 purport to state a legal conclusion, no response is required.

88.    IWS is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 88 and therefore denies the same.

89.    IWS is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 89 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 89 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 89 suggest wrongdoing by IWS, the allegations are denied in their entirety.

90.    IWS is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 90 and therefore denies the same. To the extent the allegations in Paragraph 90 suggest wrongdoing by IWS, the allegations are denied in their entirety.

91.    IWS is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 91 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 91 purport to state a legal conclusion, no response is required.

92.    IWS is without information or knowledge sufficient to form a

belief as to the truth of the remaining allegations set forth in Paragraph 92 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 92 purport to state a legal conclusion, no response is required.

93.     IWS is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 93 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 93 purport to state a legal conclusion, no response is required.

94.     IWS denies the allegations in Paragraph 94 as written.

95.     IWS denies the allegations in Paragraph 95 as written.

96.     IWS denies the allegations in Paragraph 96 as written.

97.     IWS denies the allegations in Paragraph 97 as written.

98.     IWS denies the allegations in Paragraph 98 as written.

99.     IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 99. To the extent a response is required, IWS denies the allegations in Paragraph 99 as written.

100.   IWS is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 100 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 100 purport to state a legal conclusion, no response is required.

101.   IWS admits the allegations in Paragraph 101.

102.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 102. To the extent a response is required, IWS denies the allegations in Paragraph 102 as written.

103.   IWS admits the allegations in Paragraph 103 that the "R.E.A.L. Opportunity" purported to be a short-term interest-bearing loan (10% paid quarterly, which equates to 40% annually) that Drive Planning LLC used for bridge loans in the commercial real estate sector. IWS is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 103 and therefore denies the same.

104.   IWS is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 104 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 104 purport to state a legal conclusion, no response is required.

105.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 105. To the extent a response is required, IWS denies the allegations in Paragraph 105 as written. Moreover, to the extent the allegations in Paragraph 105 purport to state a legal conclusion, no response is required

106.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 106. To the extent

a response is required, IWS denies the allegations in Paragraph 106 as written. Moreover, to the extent the allegations in Paragraph 106 purport to state a legal conclusion, no response is required

107.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 107. To the extent a response is required, IWS denies the allegations in Paragraph 107 as written. Moreover, to the extent the allegations in Paragraph 107 purport to state a legal conclusion, no response is required.

108.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 108 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 108 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 108 suggest wrongdoing by IWS, the allegations are denied in their entirety.

109.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 109 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 109 purport to state a legal conclusion, no response is required.

110.    IWS admits the allegations in Paragraph 110.

111.    IWS is without information or knowledge sufficient to form a

22

belief as to the truth of the allegations set forth in Paragraph 111 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 111 purport to state a legal conclusion, no response is required.

112. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 112 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 112 purport to state a legal conclusion, no response is required.

113. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 113 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 113 purport to state a legal conclusion, no response is required.

114. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 114 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 114 purport to state a legal conclusion, no response is required.

115. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 115 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 115 purport to state a legal conclusion, no response is required.

116. IWS is without information or knowledge sufficient to form a

belief as to the truth of the allegations set forth in Paragraph 116 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 116 purport to state a legal conclusion, no response is required.

117. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 117 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 117 purport to state a legal conclusion, no response is required.

118. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 118 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 118 purport to state a legal conclusion, no response is required.

119. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 119 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 119 purport to state a legal conclusion, no response is required.

120. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 120 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 120 purport to state a legal conclusion, no response is required.

121. IWS is without information or knowledge sufficient to form a

belief as to the truth of the allegations set forth in Paragraph 121 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 121 purport to state a legal conclusion, no response is required.

122. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 122 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 122 purport to state a legal conclusion, no response is required.

123. IWS denies that it marketed the "R.E.A.L. Opportunity" to the public, admits the allegations regarding the contents of Drive Planning's marketing materials insofar as they are consistent with the marketing materials they purport to depict, which speak for themselves, and admits that Drive Planning marketed the "R.E.A.L. Opportunity" as having a high rate of return.

124. IWS denies that it marketed the "R.E.A.L. Opportunity" to the public, admits the allegations regarding the contents of Drive Planning's marketing materials insofar as they are consistent with the marketing materials they purport to depict, which speak for themselves, and is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 124 and therefore denies the same..

125. IWS denies that it marketed the "R.E.A.L. Opportunity" to the public, admits the allegations regarding the contents of Drive Planning's

marketing materials insofar as they are consistent with the marketing materials they purport to depict, which speak for themselves, and is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 125 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 125 purport to state a legal conclusion, no response is required.

126. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 126 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 126 purport to state a legal conclusion, no response is required.

127. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 127 and therefore denies the same.

128. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 128 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 128 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 128 suggest wrongdoing by IWS, the allegations are denied in their entirety.

*The Popular and Persuasive (But Entirely Unqualified) Sales Team*

129.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 129 and therefore denies the same.

130.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 130 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 130 purport to state a legal conclusion, no response is required.

131.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 131 and therefore denies the same.

132.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 132 and therefore denies the same.

133.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 133 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 133 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 133 suggest wrongdoing by IWS, the allegations are denied in their entirety.

27

134. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 134 and therefore denies the same.

135. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 135 and therefore denies the same.

136. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 136 and therefore denies the same.

137. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 137 and therefore denies the same.

138. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 138 and therefore denies the same. To the extent the allegations in Paragraph 138 suggest wrongdoing by IWS, the allegations are denied in their entirety.

139. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 139 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 139 purport to state a legal conclusion, no response is required. To the extent the

28

allegations in Paragraph 139 suggest wrongdoing by IWS, the allegations are denied in their entirety.

140.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 140 and therefore denies the same. To the extent the allegations in Paragraph 140 suggest wrongdoing by IWS, the allegations are denied in their entirety.

141.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 141 and therefore denies the same. To the extent the allegations in Paragraph 141 suggest wrongdoing by IWS, the allegations are denied in their entirety.

142.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 142 and therefore denies the same.

143.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 143 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 143 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 143 suggest wrongdoing by IWS, the allegations are denied in their entirety.

144.   IWS is without information or knowledge sufficient to form a

belief as to the truth of the allegations set forth in Paragraph 144 and therefore denies the same. To the extent the allegations in Paragraph 144 suggest wrongdoing by IWS, the allegations are denied in their entirety.

*The Slick and Appealing (But Deceptive) Marketing*

145.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 145 and therefore denies the same.

146.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 146 and therefore denies the same. To the extent the allegations in Paragraph 146 suggest wrongdoing by IWS, the allegations are denied in their entirety.

147.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 147 and therefore denies the same.

148.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 148 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 148 purport to state a legal conclusion, no response is required.

149.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 149 and therefore

30

denies the same.

150. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 150 and therefore denies the same. To the extent the allegations in Paragraph 150 suggest wrongdoing by IWS, the allegations are denied in their entirety.

151. IWS admits the allegations regarding the contents of Drive Planning's marketing materials insofar as they are consistent with the marketing materials they purport to depict, which speak for themselves. IWS is without information or knowledge sufficient to form a belief as to the truth of the balance of the allegations set forth in Paragraph 151 and therefore denies the same.

152. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 152 and therefore denies the same. To the extent the allegations in Paragraph 152 suggest wrongdoing by IWS, the allegations are denied in their entirety.

153. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 153 and therefore denies the same. To the extent the allegations in Paragraph 153 suggest wrongdoing by IWS, the allegations are denied in their entirety.

154. IWS is without information or knowledge sufficient to form a

belief as to the truth of the allegations set forth in Paragraph 154 and therefore denies the same. To the extent the allegations in Paragraph 154 suggest wrongdoing by IWS, the allegations are denied in their entirety.

155. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 155 and therefore denies the same.

156. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 156 and therefore denies the same.

157. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 157 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 157 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 157 suggest wrongdoing by IWS, the allegations are denied in their entirety.

## VIII.  LEGAL BASIS FOR THE RECEIVER'S CLAIMS

***Burkhalter and Bradford Asserted Their Fifth Amendment Privilege Against Self-Incrimination to Every Question the SEC Asked About Drive Planning in Their June 2024 Investigation Interviews***

158. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 158 and therefore

denies the same.

159.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 159 and therefore denies the same.

160.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 160 and therefore denies the same.

161.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 161 and therefore denies the same.

162.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 162 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 162 purport to state a legal conclusion, no response is required.

> ***The Receiver Has Standing to Bring Fraudulent Transfer and Unjust Enrichment Claims against the Agents to Avoid, Recover, and Disgorge the Commissions***

163.   Paragraph 163 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, any and all allegations set forth in Paragraph 163 are denied.

164.   IWS is without information or knowledge sufficient to form a

belief as to the truth of the allegations set forth in Paragraph 164 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 164 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 164 suggest wrongdoing by IWS, the allegations are denied in their entirety.

165. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 165 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 165 purport to state a legal conclusion, no response is required.

### The Receiver Brings the Claims Within the Applicable Statutes of Limitations and Applicable Equitable Tolling Doctrines

166. Paragraph 166 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, any and all allegations set forth in Paragraph 166 are denied.

167. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 167 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 167 purport to state a legal conclusion, no response is required.

168. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 168 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 168

purport to state the nature of Receiver's legal claims, no response is required.

169.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 169 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 169 purport to state the nature of Receiver's legal claims and state a legal conclusions, no response is required.

170.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 170 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 170 purport to state the nature of Receiver's legal claims and state a legal conclusions, no response is required.

171.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 171 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 171 purport to state the nature of Receiver's legal claims and state a legal conclusions, no response is required.

172.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 172 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 172 purport to state a legal conclusion, no response is required.

173.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 173 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 173 purport to state a legal conclusion, no response is required.

174.   Paragraph 174 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, any and all allegations set forth in Paragraph 174 are denied.

## IX.    COMMISSION PAYMENTS TO DEFENDANTS SUBJECT TO AVOIDANCE, RECOVERY, AND DISGORGEMENT

175.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 175 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 175 purport to state the nature of the Receiver's legal claims, no response is required. To the extent the allegations in Paragraph 175 suggest wrongdoing by IWS, the allegations are denied in their entirety.

176.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 176 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 176 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 176 suggest wrongdoing by IWS, the allegations are denied in their entirety.

***Christina Quintana and Her Alter-Ego CQ Consulting Services, LLC***

177. Paragraph 177 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 177 and on that basis denies them.

178. Paragraph 178 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 178 and on that basis denies them.

179. Paragraph 179 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 179 and on that basis denies them.

180. Paragraph 180 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in

Paragraph 180 and on that basis denies them.

181. Paragraph 181 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 181 and on that basis denies them.

182. Paragraph 182 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 182 and on that basis denies them.

183. Paragraph 183 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 183 and on that basis denies them.

### *Ryan A. Logan and His Alter-Ego RAL Financial Inc.*

184. Paragraph 184 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or

information to form a belief as to the truth of the allegations set forth in Paragraph 184 and on that basis denies them.

185. Paragraph 185 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 185 and on that basis denies them.

186. Paragraph 186 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 186 and on that basis denies them.

187. Paragraph 187 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 187 and on that basis denies them.

*Tracey Ferguson and Her Alter-Ego TNT Legacy, LLC*

188. Paragraph 188 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the

39

extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 188 and on that basis denies them.

189. Paragraph 189 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 189 and on that basis denies them.

190. Paragraph 190 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 190 and on that basis denies them.

191. Paragraph 191 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 191 and on that basis denies them.

192. Paragraph 192 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the

extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 192 and on that basis denies them.

*Monica Perez and Her Alter-Ego Blue Services, LLC*

193.   Paragraph 193 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 193 and on that basis denies them.

194.   Paragraph 194 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 194 and on that basis denies them.

195.   Paragraph 195 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 195 and on that basis denies them.

*Meredith Bruce and Her Alter-Ego SDWC Financial, LLC*

196. Paragraph 196 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 196 and on that basis denies them.

197. Paragraph 197 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 197 and on that basis denies them.

198. Paragraph 198 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 198 and on that basis denies them.

199. Paragraph 199 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in

Paragraph 199 and on that basis denies them.

200. Paragraph 200 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 200 and on that basis denies them.

*Evolution Financial & Insurance Solution*

201. Paragraph 201 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 201 and on that basis denies them.

202. Paragraph 202 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 202 and on that basis denies them.

*Susan Duke*

203. Paragraph 203 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the

extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 203 and on that basis denies them.

204. Paragraph 204 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 204 and on that basis denies them.

205. Paragraph 205 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 205 and on that basis denies them.

### *Ryan F. Lawlor*

206. Paragraph 206 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 206 and on that basis denies them.

207. Paragraph 207 is not directed to IWS, and accordingly the

44

allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 207 and on that basis denies them.

### *Integrated Wealth Strategies*

208.  IWS admits the allegation in Paragraph 208 that from May 8, 2023 to February 20, 2024, Drive Planning made 18 transfers of funds in the total amount of $1,054,698.73 to IWS and denies the balance of the allegations in paragraph 208.

209.  Paragraph 209 is a statement of the nature of the Receiver's claims against IWS and does not require a response. To the extent a response is required, IWS denies the allegations in Paragraph 209 as written.

### *Ketler Bosse*

210.  Paragraph 210 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 210 and on that basis denies them.

211.  Paragraph 211 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the

extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 211 and on that basis denies them.

212. Paragraph 212 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 212 and on that basis denies them.

### Robin L. Rowan and Her Alter-Ego Safe Life Solutions, LLC

213. Paragraph 213 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 213 and on that basis denies them.

214. Paragraph 214 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 214 and on that basis denies them.

215. Paragraph 215 is not directed to IWS, and accordingly the

allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 215 and on that basis denies them.

216. Paragraph 216 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 216 and on that basis denies them.

217. Paragraph 217 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 217 and on that basis denies them.

218. Paragraph 218 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 218 and on that basis denies them.

### *Francisco Herrera and His Alter-Ego Confia Financial Group*

219. Paragraph 219 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 219 and on that basis denies them.

220. Paragraph 220 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 220 and on that basis denies them.

221. Paragraph 221 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 221 and on that basis denies them.

222. Paragraph 222 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in

48

Paragraph 222 and on that basis denies them.

### Terry Holman

223. Paragraph 223 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 223 and on that basis denies them.

224. Paragraph 224 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 224 and on that basis denies them.

### James Beattey and His Alter-Ego Velomon, LLC

225. Paragraph 225 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 225 and on that basis denies them.

226. Paragraph 226 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the

extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 226 and on that basis denies them.

227. Paragraph 227 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 227 and on that basis denies them.

228. Paragraph 228 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 228 and on that basis denies them.

229. Paragraph 229 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 229 and on that basis denies them.

*John Williamson*

230. Paragraph 230 is not directed to IWS, and accordingly the

allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 230 and on that basis denies them.

231. Paragraph 231 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 231 and on that basis denies them.

232. Paragraph 232 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 232 and on that basis denies them.

233. Paragraph 233 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 233 and on that basis denies them.

*Aimee Spencer*

234. Paragraph 234 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 234 and on that basis denies them.

235. Paragraph 235 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 235 and on that basis denies them.

*Juliana Mejia and Her Alter-Ego FNJ Services, LLC*

236. Paragraph 236 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 236 and on that basis denies them.

237. Paragraph 237 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or

information to form a belief as to the truth of the allegations set forth in Paragraph 237 and on that basis denies them.

238. Paragraph 238 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 238 and on that basis denies them.

### *William N. Holt and His Alter-Ego Summerfields Brands, LLC*

239. Paragraph 239 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 239 and on that basis denies them.

240. Paragraph 240 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 240 and on that basis denies them.

241. Paragraph 241 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the

extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 241 and on that basis denies them.

242. Paragraph 242 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 242 and on that basis denies them.

243. Paragraph 243 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 243 and on that basis denies them.

### *Everett J. Stull*

244. Paragraph 244 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 244 and on that basis denies them.

245. Paragraph 245 is not directed to IWS, and accordingly the

allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 245 and on that basis denies them.

246. Paragraph 246 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 246 and on that basis denies them.

247. Paragraph 247 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 247 and on that basis denies them.

### *Adam Israel*

248. Paragraph 248 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 248 and on that basis denies them.

249.    Paragraph 249 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 249 and on that basis denies them.

### *Tara Mettler and Her Alter-Ego Position Yourself Wealth Strategies*

250.    Paragraph 250 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 250 and on that basis denies them.

251.    Paragraph 251 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 251 and on that basis denies them.

252.    Paragraph 252 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in

Paragraph 252 and on that basis denies them.

253.    Paragraph 253 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 253 and on that basis denies them.

254.    Paragraph 254 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 254 and on that basis denies them.

### *Ramon Donato Palacio and His Alter-Ego Audicol Services, LLC*

255.    Paragraph 255 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 255 and on that basis denies them.

256.    Paragraph 256 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or

information to form a belief as to the truth of the allegations set forth in Paragraph 256 and on that basis denies them.

257. Paragraph 257 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 257 and on that basis denies them.

258. Paragraph 258 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 258 and on that basis denies them.

259. Paragraph 259 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 259 and on that basis denies them.

*Angela Ruff*

260. Paragraph 260 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the

58

extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 260 and on that basis denies them.

261.    Paragraph 261 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 261 and on that basis denies them.

262.    Paragraph 262 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 262 and on that basis denies them.

263.    Paragraph 263 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 263 and on that basis denies them.

*Jeffrey Lawrence Black Jr.*

264.    Paragraph 264 is not directed to IWS, and accordingly the

allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 264 and on that basis denies them.

265. Paragraph 265 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 265 and on that basis denies them.

266. Paragraph 266 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 266 and on that basis denies them.

### *Douglas Eze and Alter-Ego Largo Financial Services LLC*

267. Paragraph 267 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 267 and on that basis denies them.

268. Paragraph 268 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 268 and on that basis denies them.

269. Paragraph 269 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 269 and on that basis denies them.

270. Paragraph 270 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 270 and on that basis denies them.

### *Remy Cruzmel and Alter-Ego Bluegenie Solutions, LLC*

271. Paragraph 271 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in

Paragraph 271 and on that basis denies them.

272. Paragraph 272 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 272 and on that basis denies them.

273. Paragraph 273 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 273 and on that basis denies them.

274. Paragraph 274 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 274 and on that basis denies them.

275. Paragraph 275 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in

Paragraph 275 and on that basis denies them.

### Ricardo Aguirre and His Alter-Ego Banamerica Financial Group

276.   Paragraph 276 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 276 and on that basis denies them.

277.   Paragraph 277 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 277 and on that basis denies them.

278.   Paragraph 278 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 278 and on that basis denies them.

279.   Paragraph 279 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or

information to form a belief as to the truth of the allegations set forth in Paragraph 279 and on that basis denies them.

280. Paragraph 280 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 280 and on that basis denies them.

### *Michael Woodford and His Alter-Ego Woodford Consulting, LLC*

281. Paragraph 281 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 281 and on that basis denies them.

282. Paragraph 282 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 282 and on that basis denies them.

283. Paragraph 283 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the

extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 283 and on that basis denies them.

### Michael Woodford

284. Paragraph 284 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 280 and on that basis denies them.

285. Paragraph 285 is not directed to IWS, and accordingly the allegations of this paragraph do not require an answer of IWS; however, to the extent that an answer may be required, IWS lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 280 and on that basis denies them.

## X.    CLAIMS FOR RELIEF

## COUNT 1—ACTUAL FRAUDULENT TRANSFER UNDER GUVTA

### (Receiver v. Agents to Avoid and Recover Commissions)

286. IWS reasserts and incorporates its responses to the foregoing Paragraphs, as well as its Affirmative Defenses, as if same were fully set forth herein.

287.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 287 and therefore denies the same. Moreover, Paragraph 287 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 287 as written.

288.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 288 and therefore denies the same. Moreover, Paragraph 288 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 288 as written.

289.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 289. Moreover, Paragraph 289 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 289 as written.

290.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 290 and therefore denies the same. Moreover, Paragraph 290 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 290 as written.

291.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 291 and therefore denies the same. Moreover, Paragraph 291 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 291 as written.

292.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 292 and therefore denies the same. Moreover, Paragraph 292 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 292 as written.

293.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 293 and therefore denies the same. Moreover, Paragraph 293 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 293 as written.

294.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 294 and therefore denies the same. Moreover, Paragraph 294 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 294 as written.

295. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 295 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 295 purport to state the nature of the Receiver's legal claims, no response is required.

296. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 296 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 296 purport to state the nature of the Receiver's legal claims, no response is required.

297. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 297 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 297 purport to state a legal conclusion, no response is required.

298. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 298 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 298 purport to state a legal conclusion, no response is required.

299. Paragraph 299 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, any and all

allegations set forth in Paragraph 299 are denied.

300. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 300 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 300 purport to state a legal conclusion, no response is required.

301. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 301 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 301 purport to state a legal conclusion, no response is required.

302. Paragraph 302 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, any and all allegations set forth in Paragraph 302 are denied.

303. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 303 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 303 purport to state a legal conclusion, no response is required.

304. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 304 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 304 purport to state a legal conclusion, no response is required.

305. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 305 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 305 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 305 suggest wrongdoing by IWS, the allegations are denied in their entirety.

306. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 306 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 306 purport to state a legal conclusion, no response is required.

307. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 307 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 307 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 307 suggest wrongdoing by IWS, the allegations are denied in their entirety.

308. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 308 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 308 purport to state a legal conclusion, no response is required. To the extent the

allegations in Paragraph 308 suggest wrongdoing by IWS, the allegations are denied in their entirety.

309.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 309 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 309 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 309 suggest wrongdoing by IWS, the allegations are denied in their entirety.

310.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 310 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 310 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 310 suggest wrongdoing by IWS, the allegations are denied in their entirety.

311.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 311 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 311 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 311 suggest wrongdoing by IWS, the allegations are denied in their entirety.

312.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 312 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 312 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 312 suggest wrongdoing by IWS, the allegations are denied in their entirety.

313.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 313 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 313 purport to state a legal conclusion, no response is required.

314.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 314 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 314 purport to state a legal conclusion, no response is required.

315.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 315 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 315 purport to state a legal conclusion, no response is required.

316.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 316 and therefore

denies the same. Moreover, to the extent the allegations in Paragraph 316 purport to state a legal conclusion, no response is required.

317.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 317 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 317 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 317 suggest wrongdoing by IWS, the allegations are denied in their entirety.

318.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 318 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 318 purport to state a legal conclusion, no response is required.

319.   Paragraph 319 sets forth legal conclusions that do not require a response from IWS. Moreover, to the extent the allegations in Paragraph 319 purport to state the nature of the Receiver's legal claims, no response is required. To the extent a response is required, any and all allegations set forth in Paragraph 319 are denied.

## COUNT 2—CONSTRUCTIVE
## FRAUDULENT TRANSFER UNDER GUVTA

### (Receiver v. Agents to Avoid and Recover Commissions)

320.  IWS reasserts and incorporates its responses to the foregoing Paragraphs, as well as its Affirmative Defenses, as if same were fully set forth herein.

321.  IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in 321 and therefore denies the same. Moreover, Paragraph 321 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 321 as written.

322.  IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 322 and therefore denies the same. Moreover, Paragraph 322 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 322 as written.

323.  IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 323. Moreover, Paragraph 323 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in

74

Paragraph 323 as written.

324. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 324 and therefore denies the same. Moreover, Paragraph 324 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 324 as written.

325. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 325 and therefore denies the same. Moreover, Paragraph 325 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 325 as written.

326. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 326 and therefore denies the same. Moreover, Paragraph 326 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 326 as written.

327. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 327 and therefore denies the same. Moreover, Paragraph 327 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS

denies the allegations in Paragraph 327 as written.

328.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 328 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 328 purport to state the nature of the Receiver's legal claims, no response is required.

329.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 329 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 329 purport to state the nature of the Receiver's legal claims, no response is required.

330.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 330 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 330 purport to state a legal conclusion, no response is required.

331.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 331 and therefore denies the same. Moreover, Paragraph 331 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 331 as written.

332.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 332 and therefore denies the same. Moreover, Paragraph 332 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 332 as written.

333.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 333 and therefore denies the same. Moreover, Paragraph 333 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 333 as written.

334.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 334 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 334 purport to state a legal conclusion, no response is required.

335.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 335 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 335 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 335 suggest wrongdoing by IWS, the allegations are denied in their entirety.

336.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 336 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 336 purport to state a legal conclusion, no response is required.

337.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 337 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 337 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 337 suggest wrongdoing by IWS, the allegations are denied in their entirety.

338.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 338 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 338 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 338 suggest wrongdoing by IWS, the allegations are denied in their entirety.

339.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 339 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 339 purport to state a legal conclusion, no response is required. To the extent the

allegations in Paragraph 339 suggest wrongdoing by IWS, the allegations are denied in their entirety.

340. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 340 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 340 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 340 suggest wrongdoing by IWS, the allegations are denied in their entirety.

341. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 341 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 341 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 341 suggest wrongdoing by IWS, the allegations are denied in their entirety.

342. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 342 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 342 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 342 suggest wrongdoing by IWS, the allegations are denied in their entirety.

343.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 343 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 343 purport to state a legal conclusion, no response is required.

344.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 344 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 344 purport to state a legal conclusion, no response is required.

345.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 345 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 345 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 345 suggest wrongdoing by IWS, the allegations are denied in their entirety.

346.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 346 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 346 purport to state a legal conclusion, no response is required.

347.    Paragraph 347 sets forth legal conclusions that do not require a response from IWS. Moreover, to the extent the allegations in Paragraph 347

80

purport to state the nature of the Receiver's legal claims, no response is required. To the extent a response is required, any and all allegations set forth in Paragraph 347 are denied.

348.    Paragraph 348 sets forth legal conclusions that do not require a response from IWS. Moreover, to the extent the allegations in Paragraph 348 purport to state the nature of the Receiver's legal claims, no response is required. To the extent a response is required, any and all allegations set forth in Paragraph 348 are denied.

### *ALTERNATIVE* COUNT 3—UNJUST ENRICHMENT UNDER GEORGIA COMMON LAW

*(Receiver v. Agents to Disgorge Commissions)*

349.    IWS reasserts and incorporates its responses to the foregoing Paragraphs, as well as its Affirmative Defenses, as if same were fully set forth herein.

350.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 350 and therefore denies the same. Moreover, Paragraph 350 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 350 as written.

351.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 351 and therefore

denies the same. Moreover, Paragraph 351 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 351 as written.

352.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 352. Moreover, Paragraph 352 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 352 as written.

353.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 353 and therefore denies the same. Moreover, Paragraph 353 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 353 as written.

354.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 354 and therefore denies the same. Moreover, Paragraph 354 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 354 as written.

355.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 355 and therefore

denies the same. Moreover, Paragraph 355 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 355 as written.

356. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 356 and therefore denies the same. Moreover, Paragraph 356 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, IWS denies the allegations in Paragraph 356 as written.

357. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 357 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 357 purport to state the nature of the Receiver's legal claims, no response is required.

358. Paragraph 358 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, any and all allegations set forth in Paragraph 358 are denied.

359. Paragraph 359 sets forth legal conclusions that do not require a response from IWS. To the extent a response is required, any and all allegations set forth in Paragraph 359 are denied.

360. IWS is without information or knowledge sufficient to form a

belief as to the truth of the allegations set forth in Paragraph 360 and therefore denies the same.

361. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 362 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 362 purport to state a legal conclusion, no response is required.

362. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 362 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 362 purport to state a legal conclusion, no response is required.

363. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 363 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 363 purport to state a legal conclusion, no response is required.

364. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 364 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 364 purport to state a legal conclusion, no response is required.

365. IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 365 and therefore

denies the same. Moreover, to the extent the allegations in Paragraph 365 purport to state a legal conclusion, no response is required.

366.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 366 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 366 purport to state a legal conclusion, no response is required.

367.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 367 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 367 purport to state a legal conclusion, no response is required.

368.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 368 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 368 purport to state a legal conclusion, no response is required.

369.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 369 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 369 purport to state a legal conclusion, no response is required.

370.   IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 370 and therefore

85

denies the same. Moreover, to the extent the allegations in Paragraph 370 purport to state a legal conclusion, no response is required.

371.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 371 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 371 purport to state a legal conclusion, no response is required. To the extent the allegations in Paragraph 371 suggest wrongdoing by IWS, the allegations are denied in their entirety.

372.    IWS is without information or knowledge sufficient to form a belief as to the truth of the allegations set forth in Paragraph 372 and therefore denies the same. Moreover, to the extent the allegations in Paragraph 372 purport to state a legal conclusion, no response is required.

373.    Paragraph 373 sets forth legal conclusions that do not require a response from IWS. Moreover, to the extent the allegations in Paragraph 373 purport to state the nature of the Receiver's legal claims, no response is required. To the extent a response is required, any and all allegations set forth in Paragraph 319 are denied.

374.    Paragraph 374 sets forth legal conclusions that do not require a response from IWS. Moreover, to the extent the allegations in Paragraph 374 purport to state the nature of the Receiver's legal claims, no response is

86

required. To the extent a response is required, any and all allegations set forth in Paragraph 374 are denied.

## DEMAND FOR JURY TRIAL

IWS hereby demands trial by jury of all issues so triable as a matter of law.

## ANSWER TO RECEIVER'S PRAYER FOR RELIEF

IWS denies that Receiver is entitled to any of the relief requested in the unnumbered Prayer for Relief section of the Complaint and its sub-paragraphs (*i.e.*, Sections I. through VII.).

IWS denies any allegation contained in the Complaint that is not specifically admitted or denied herein.

**WHEREFORE**, having fully answered the Complaint, IWS demands and prays that:

1. Judgment be entered in favor of IWS and against Receiver;

2. The Complaint be dismissed with prejudice and that all costs of this action, including reasonable attorneys' fees, be assessed against Receiver; and

3. The Court award IWS such other or further relief as may be justified by the evidence and the law or as may be deemed appropriate by the Court.

## AFFIRMATIVE DEFENSES

IWS states the following affirmative defenses to Receiver's Complaint and

reserves the right to amend these defenses as discovery continues or the facts warrant.

1.      Receiver's Complaint fails, in whole or in part, to state a claim upon which relief can be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2.      Receiver's claims are barred, in whole or in part, by the applicable statute of limitations.

3.      Receiver is barred from legal relief because the Receiver's predecessors in interest are *in pari delicto* with IWS.

4.      A portion of the transfers are not recoverable as "commissions" or referrals because they were unrelated to the REAL Program but were funds that a Drive Planning executive placed for the purposes of purchasing equity in a business opportunity.

5.      IWS did not benefit from a portion of the transfers and, to the extent an IWS entity had an account that did receive the money, that entity acted as a good faith passthrough for the business.

6.      IWS acted at all times in good faith and in accordance with all applicable standards of care.

7.      Receiver is barred from the relief sought from IWS because Drive Planning approved, directed, and consented to the actions and conduct of IWS.

8.     Receiver is barred from the relief sought because Drive Planning, LLC and its affiliates are estopped to assert and have waived the claims asserted.

9.     Receiver is barred from the relief sought because IWS's actions were not made with an actual intent to hinder, delay, or defraud investors.

10.     Receiver is barred from the relief sought because IWS's action were for services rendered.

11.     Receiver is not entitled to recover any damages from IWS because all of IWS's actions were based on a good-faith belief that IWS's actions were lawful, based upon legitimate reasons, and were not in violation of the law.

12.     Receiver is barred from recovery by the doctrines of setoff and/or recoupment.

13.     To the extent that IWS is found liable to Receiver, IWS is entitled to offset against such liability the costs, expenses, and damages incurred by or on behalf of IWS in the form of reputational harm and in connection with this action and the putative class action filed in the Northern District of Georgia captioned as *Aries Legacy, LLC et al. v. Integrated Wealth Strategies, LLC et ano*, (Case No: 1:25-cv-02118-VMC).

14.     To the extent that IWS is found liable to Receiver, IWS is entitled to offset against such liability the amounts previously refunded or otherwise paid by or on behalf of IWS to Receiver.

15.    To the extent that IWS received money on account of its purported actions for or on behalf of Drive Planning, said transfers were in consideration of sales efforts made in good faith by IWS on behalf of Drive Planning, and the transfers represented reasonably equivalent value in exchange for such activities by IWS.

16.    Receiver lacks standing and is not the real party in interest with regard to the claims asserted.

17.    Receiver's claims are barred, in whole or in part, by the doctrines of laches, waiver, estoppel, and/or unclean hands.

18.    The Complaint is barred, in whole or in part, because it requires relief which exceeds that available under applicable law.

19.    Some or all of the claims asserted in the Complaint are or may become barred by evidence of Drive Planning's wrongdoing.

20.    Receiver is not entitled to an award of attorney's fees or costs.

21.    Receiver's damages, if any, are speculative, not legally cognizable, and may be the result of acts or omissions of persons or entities other than IWS, including Drive Planning.

22.    The conduct for which Receiver seeks to hold IWS liable resulted, if at all, from the acts or omissions of third parties for which IWS is not responsible.

23.    Receiver's claim in Count III is barred under the economic loss

doctrine.

24.    IWS, in its role in the sales and marketing of the REAL Program referenced in the Complaint, received and reasonably relied upon the advice and assistance of Drive Planning's accounting professionals, consultants, and other professionals.

25.    IWS reserves the right to plead, assert, and rely upon additional defenses which may become known during the course of discovery.

Respectfully submitted, this 25th day of March 2026.

/s/ Eric W. Moran
Eric W. Moran (*Pro Hac Vice*)
Eric.Moran@gtlaw.com
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ  07932
T: (973) 360-7900

Justin K. Victor
Georgia Bar No. 105516
VictorJ@gtlaw.com
**GREENBERG TRAURIG, LLP**
Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
T: (678) 553-2100

*Attorneys for Defendant*
*Integrated Wealth Strategies, LLC*

91

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **KENNETH D. MURENA**, in his capacity as Court-appointed Receiver of Drive Planning, LLC, <br><br> Plaintiff, <br><br> v. <br><br> **CQ CONSULTING SERVICES, LLC, et al.**, <br><br> Defendants. | Case No. 1:25-cv-04587-VMC |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 25, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Eric W. Moran
**Eric W. Moran (*Pro Hac Vice*)**
*Attorney for Defendant*
*Integrated Wealth Strategies, LLC*