**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **KENNETH D. MURENA, in his capacity as court-appointed Receiver of Drive Planning, LLC,** | : | |
| **Plaintiff,** | : | **Case No. 1:25-cv-04587-VMC** |
| **v.** | : | |
| **CQ CONSULTING SERVICES, LLC, et al.** | : | |
| **Defendants.** | : | |

AMENDED SCHEDULING ORDER

This matter comes before the Court Defendants CQ Consulting Services, LLC and Christina Quintana's Unopposed Motion to Extend Fact Discovery and Subsequent Deadlines (Doc. 206). Having considered the Motion and the record, and for good cause shown, the Motion is GRANTED. In the interest of fairness and judicial economy, the new deadlines shall apply for all parties to this litigation.

The deadline for fact discovery and motions to compel discovery is extended by forty-five (45) days, from July 24, 2026 to September 7, 2026. All subsequent deadlines in the Court's Scheduling Order are extended by the same forty-five (45) days as follows:

| Deadline | Prior Date | New Date |
|---|---|---|
| Fact Discovery and Motions to Compel Discovery | July 24, 2026 | September 7, 2026 |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | August 10, 2026 | September 24, 2026 |
| Defendants' Rule 26(a)(2) Expert Disclosures | September 9, 2026 | October 24, 2026 |
| Rebuttal Expert Disclosures | October 9, 2026 | November 23, 2026 |
| Expert Discovery | November 23, 2026 | January 7, 2027 |

All other provisions of the Court's Scheduling Order remain in effect.

SO ORDERED this 6th day of August, 2026.

Victoria Marie Calvert, Judge
United States District Court