**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**KENNETH D. MURENA, in his capacity as court-appointed Receiver of Drive Planning, LLC,**

**Plaintiff,**

**v.**

**CQ CONSULTING SERVICES, LLC, et al.,**

**Defendants.**

**Case No. 1:25-cv-04587-VMC**

# ORDER ON CONSENT MOTION TO EXTEND FACT DISCOVERY AND SUBSEQUENT DEADLINES TO FACILITATE MEDIATION

This matter comes before the Court Defendants CQ Consulting Services, LLC and Christina Quintana's, with the consent of Plaintiff, Motion to Extend Fact Discovery and Subsequent Deadlines to Facilitate Mediation (the "Motion"). Having considered the Motion and the record, and for good cause shown, the Motion is GRANTED. In the interest of fairness and judicial economy, the new deadlines shall apply for all parties to this litigation.

The deadline for fact discovery and motions to compel discovery is extended by ninety (90) days, from September 7, 2026 to December 7, 2026. All subsequent deadlines in the Court's Scheduling Order are extended by the same ninety (90) days as follows:

| Deadline | Prior Date | New Date |
|---|---|---|
| Fact Discovery and Motions to Compel Discovery | September 7, 2026 | December 7, 2026 |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | September 24, 2026 | December 23, 2026 |

| | | |
|---|---|---|
| Defendants' Rule 26(a)(2) Expert Disclosures | October 24, 2026 | January 22, 2027 |
| Rebuttal Expert Disclosures | November 23, 2026 | February 22, 2027 |
| Expert Discovery | January 7, 2027 | April 7, 2027 |

All other provisions of the Court's Scheduling Order remain in effect.

SO ORDERED this 2nd day of September, 2026.

Victoria Marie Calvert
United States District Judge